CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 3:17-cv-00485-WHO<br><br>**DEFENDANTS' STATEMENT OF SUPPORT REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

## INTRODUCTION

The County of Santa Clara ("Santa Clara"), a non-party herein, has filed an administrative motion (Doc. 11) to consider whether this action should be related to *County of Santa Clara v. Trump, et al.*, Case No. 5:17-cv-00574-LHK (N.D. Cal.), for purposes of Civil Local Rule 3-12. The defendants file this statement of support in relation to Santa Clara's motion pursuant to Civil Local Rule 3-12(e).

## DISCUSSION

Under the Court's Local Rules, a civil action is related to another when "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L.R. 3-12(a).  Although there are some differences between this action and the Santa Clara action, these criteria are met here.

This action and the Santa Clara action challenge the constitutionality of Executive Order No. 13,768, *Enhancing Public Safety in the Interior of the United States*.  82 Fed. Reg. 8,799 (Jan. 25, 2017).  Both actions include claims under the Tenth Amendment, although each action also includes other claims.  The plaintiff in each case is a municipality of the State of California, and both actions include the President, the Secretary of Homeland Security, and the Attorney General as defendants, although this action adds the United States as a defendant and the Santa Clara action adds the Director of the Office of Management and Budget.  Both actions ask the Court to enjoin one or more provisions of the Executive Order.

Adjudicating this action and the Santa Clara action before different judges would likely cause an unduly burdensome duplication of labor, and may lead to conflicting results.  Both actions will require briefing on the content and background of Executive Order No. 13,768 and the merits of the plaintiffs' Tenth Amendment claims.  Adjudicating the various claims will require interpreting the Executive Order as well as applying the law on Tenth Amendment challenges.

## CONCLUSION

Accordingly, the defendants support Santa Clara's administrative motion to consider whether this action should be related to *County of Santa Clara v. Trump, et al.*, Case No. 5:17-cv-00574-LHK (N.D. Cal.), for purposes of Civil Local Rule 3-12.

Dated:  February 10, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

Statement of Support: Related Cases
No. 3:17-cv-00485-WHO

2

| | |
|---|---|
| 1 | |
| 2 | BRIAN STRETCH<br>United States Attorney |
| 3 | |
| 4 | JOHN R. TYLER<br>Assistant Director |
| 5 | /s/ W. Scott Simpson |
| 6 | _____<br>W. SCOTT SIMPSON (Va. Bar #27487) |
| 7 | Senior Trial Counsel |
| 8 | Attorneys, Department of Justice |
| 9 | Civil Division, Room 7210<br>Federal Programs Branch |
| 10 | Post Office Box 883<br>Washington, D.C. 20044 |
| 11 | Telephone:  (202) 514-3495<br>Facsimile:   (202) 616-8470 |
| 12 | E-mail:       scott.simpson@usdoj.gov |
| 13 | COUNSEL FOR DEFENDANTS |
| 14 | DONALD J. TRUMP, President of the<br>United States; UNITED STATES OF |
| 15 | AMERICA; JOHN F. KELLY, Secretary of<br>Homeland Security; DANA J. BOENTE, |
| 16 | Acting Attorney General of the United States |

Statement of Support: Related Cases
No. 3:17-cv-00485-WHO

3