CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>           Plaintiff,<br>     v.<br>DONALD J. TRUMP, *et al.*,<br>           Defendants. | No. 3:17-cv-00485-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER** |

      WHEREAS, the United States Attorney's office was served with the complaint in this action on February 6, 2017, so that defendants' response to the complaint is currently due April 7, 2017;

      WHEREAS, the plaintiff has filed a motion for preliminary injunction, which is currently scheduled for oral argument on April 12, 2017;

      AND WHEREAS, the defendants require additional time to prepare their response to the complaint, particularly in light of the timing of the argument on plaintiff's motion;

Stipulation and [Proposed] Order
No. 3:17-cv-00485-WHO

1    NOW THEREFORE, the parties hereby stipulate that defendants' response to the
2    plaintiff's complaint shall be filed no later than April 28, 2017, and respectfully request that the
3    Court so order.

Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | CHAD A. READLER<br>Acting Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | BRIAN STRETCH<br>United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Mollie M. Lee<br>_____<br>CHRISTINE VAN AKEN (CA Bar #241755)<br>TARA M. STEELEY (CA Bar #231775)<br>MOLLIE M. LEE (CA Bar #251404)<br>SARA J. EISENBERG (CA Bar #269303)<br>MATTHEW S. LEE (CA Bar #295247)<br>NEHA GUPTA (CA Bar #308864)<br>Deputy City Attorneys | _____<br>W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel<br><br>Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:   (202) 514-3495<br>Facsimile:    (202) 616-8470<br>E-mail:         scott.simpson@usdoj.gov |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:   (415) 554-4748<br>Facsimile:    (415) 554-4715<br>E-Mail:         brittany.feitelberg@sfgov.org | COUNSEL FOR DEFENDANTS<br>DONALD J. TRUMP, President of the<br>United States; UNITED STATES OF<br>AMERICA; JOHN F. KELLY, Secretary of<br>Homeland Security; JEFFERSON B.<br>SESSIONS, III, Attorney General of the<br>United States |
| COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN<br>FRANCISCO | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

_____
WILLIAM H. ORRICK
United States District Judge

Stipulation and [Proposed] Order
No. 5:17-cv-00485-WHO