# Exhibit 1

**Additional *Amici***

| Num. | Identity of *Amici* | Description of Organization and Interest |
|---|---|---|
| 1 | Adelante Alabama Worker Center | Adelante Alabama Worker Center unites day laborers, domestic workers, and other low-wage and immigrant workers and their families in the Birmingham area to defend our rights, promote our dignity, and pursue justice for all. |
| 2 | Alabama Coalition for Immigrant Justice (ACIJ) | The Alabama Coalition for Immigrant Justice is a grassroots, statewide network of individuals and organizations that works to advance and defend the rights of immigrants in Alabama. Our coalition consists of seven non-profit organizations, 15 grassroots immigrant community organizations, and hundreds of individual members. |
| 3 | American Federation of Teachers | The American Federation of Teachers (AFT), an affiliate of the AFL-CIO, was founded in 1916 and today represents approximately 1.6 million members who are employed across the nation in K-12 and higher education, public employment and healthcare. The AFT has a longstanding history of supporting and advocating for the civil rights of our members and the communities they serve. The majority of AFT members work in the public sector and provide necessary services, such as healthcare and education, to the public. In their work, AFT members interact everyday with individuals, many of whom fear that they will have to disclose their immigration status when they seek the service of an AFT member. The AFT is greatly concerned about the implications that Executive Order 13768 will have on public employees in their roles as servants to their communities. For these reasons, AFT is uniquely situated to comment on the harmful impact of Executive Order 13768 on local governments' ability to effectively and efficiently serve their residents. |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|------|---------------------|------------------------------------------|
| 4 | Americans for Immigrant Justice | Amicus Americans for Immigrant Justice (AI Justice), formerly Florida Immigrant Advocacy Center, is a non-profit law firm dedicated to promoting and protecting the basic rights of immigrants. Since our founding in 1996, AI Justice has served over 90,000 immigrants from all over the world. Our clients are unaccompanied immigrant children; survivors of domestic violence, sexual assault, and human trafficking and their children; immigrants who are detained and facing removal proceedings; as well as immigrants seeking assistance with work permits, legal permanent residence, asylum and citizenship. A substantial portion of our clients include individuals who have been irreparably traumatized and victimized by abuse and violence and are seeking refuge. Part of our mission is to ensure that immigrants are treated justly, and to help bring about a society in which the contributions of immigrants are valued and encouraged. In Florida and on a national level, we champion the rights of immigrants; serve as a watchdog on immigration detention practices and policies; and speak for immigrant groups who have particular and compelling claims to justice. |
| 5 | Asian American Legal Defense and Education Fund | The Asian American Legal Defense and Education Fund (AALDEF), founded in 1974, is a national organization that protects and promotes the civil rights of Asian Americans. By combining litigation, advocacy, education, and organizing, AALDEF works with Asian American communities across the country to secure human rights for all. The fears of deportation in the Asian American community are palpable, in light of their long history of discrimination: Muslim immigrant families targeted because of their religion, Japanese American families who were forcibly relocated and imprisoned in camps during World War II, and Chinese American families who were subject to the Chinese Exclusion Act.  Giving immigration powers and responsibilities to local and state police forces will clearly deter Asian Americans from relying on those agencies. |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|---|---|---|
| 6 | Asian Americans Advancing Justice - Asian Law Caucus | Asian Americans Advancing Justice - Asian Law Caucus (ALC) was founded in 1972 with a mission to promote, advance, and represent the legal and civil rights of Asian and Pacific Islanders, with a particular focus on low-income members of those communities. Advancing Justice - ALC is part of a national affiliation of Asian American civil rights groups, with offices in Los Angeles, Chicago, Atlanta and Washington DC.  ALC has a long history of protecting and advocating on behalf of immigrants through direct legal services, impact litigation, community education, and policy work, including around vulnerabilities due to immigration status. |
| 7 | Asian Americans Advancing Justice - Los Angeles | Asian Americans Advancing Justice - Los Angeles (Advancing Justice - LA) is the nation's largest legal and civil rights organization for Asian Americans, Native Hawaiians, and Pacific Islanders (AANHPI). Through direct services, impact litigation, policy advocacy, leadership development, and capacity building, Advancing Justice - LA focuses on the most vulnerable members of AANHPI communities, including immigrant members of those communities. |
| 8 | Asian Americans Advancing Justice \| AAJC | Asian Americans Advancing Justice \| AAJC (AAJC) is a national nonprofit organization founded in 1991. Based in Washington D.C., AAJC works to advance and protect civil and human rights for Asian Americans and to build a fair and equitable society for all.  Along with our Advancing Justice affiliates, AAJC promotes justice by bringing national and local constituencies together through community outreach, public policy advocacy, and litigation. |
| 9 | Asian Americans Advancing Justice-Atlanta | Asian Americans Advancing Justice - Atlanta is the first legal and policy center dedicated to defending democracy for Asian Americans, immigrants and refugees, in Georgia and the southeast. Through its four core program areas, civic engagement, policy advocacy, legal services, and leadership development, Advancing Justice - Atlanta works to build a stronger voice for the New American majority in the New South. As an organization that serves immigrants, it is critical to Advancing Justice - Atlanta's mission that the rights of all immigrants be protected. |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|---|---|---|
| 10 | Coalition for Humane Immigrant Rights (CHIRLA) | The Coalition for Humane Immigrant Rights (CHIRLA) was founded in 1986. CHIRLA is a California leader with national impact made of diverse immigrant families and individuals who act as agents of social change to achieve a world with freedom of mobility, full human rights, and true participatory democracy. CHIRLA's mission is to achieve a just society fully inclusive of immigrants. CHIRLA organizes and serves individuals, institutions and coalitions to build power, transform public opinion, and change policies to achieve full human, civil and labor rights. Guided by the power, love, and vision of our community, CHIRLA embraces and drives progressive social change. CHIRLA was formed in response to the Immigration Reform and Control Act (IRCA) of 1986 which made hiring undocumented workers illegal, thus creating a situation ripe for worker exploitation and abuse which have increased since that time. |
| 11 | Equal Rights Advocates | Equal Rights Advocates (ERA) is a San Francisco-based women's and worker's rights organization whose mission is to secure and protect equal rights and economic opportunities for women and girls through litigation and advocacy. Founded in 1974, ERA has appeared as amicus curiae in numerous Supreme Court cases, including *Meritor Savings Bank, FSB v. Vinson*, 477 U.S. 57 (1986); *Harris v. Forklift Systems, Inc.*, 510 U.S. 17 (1993); *Faragher v. Boca Raton*, 522 U.S. 1105 (1998); and *Burlington Industries v. Ellerth*, 524 U.S. 742 (1998). ERA has similarly appeared as amicus curiae in numerous California Supreme Court cases, including *Lyle v. Warner Brothers Television Productions* (2006) 38 Cal.4th 264; *Yanowitz v. L'Oreal USA, Inc.* (2005) 36 Cal.4th 1028, *Miller v. California Department of Corrections* (2005) 36 Cal.4th 446; *State Dept. of Health Services v. Superior Court* (McGinnis) (2003) 31 Cal.4th 1026; and *Schifando v. City of Los Angeles* (2003) 31 Cal.4th 1074. |
| 12 | Florida Immigrant Coalition, Inc. (FLIC) | The Florida Immigrant Coalition is a statewide alliance of over 60 member organizations, including farmworkers, students, service providers, grassroots organizations and legal advocates, who come together for the fair treatment of all people. |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|---|---|---|
| 13 | Florida Legal Services, Inc. | Florida Legal Services is a statewide leader in advancing economic, social, and racial justice. We advocate for poor, vulnerable, and hard to reach people through impact litigation, legislative and administrative advocacy, education, and strategic partnerships. We are a statewide, 501(c)(3) non-profit law office with offices in Tallahassee, Newberry, and Miami. |
| 14 | Greater Birmingham Ministries | We serve low income people in the greater Birmingham area with food, clothing, utility assistance, and we also organize people in marginalized groups along with faith communities to challenge injustice and poverty |
| 15 | Greater Rochester Coalition for Immigration Justice | Educational and civil rights activists |
| 16 | Illinois Coalition for Immigrant and Refugee Rights | ICIRR is dedicated to promoting the rights of immigrants and refugees to full and equal participation in the civic, cultural, social, and political life of our diverse society.  In partnership with our member organizations, the Coalition educates and organizes immigrant and refugee communities to assert their rights; promotes citizenship and civic participation; monitors, analyzes, and advocates on immigrant-related issues; and, informs the general public about the contributions of immigrants and refugees. |
| 17 | Immigrant Legal Resource Center (ILRC) | The Immigrant Legal Resource Center (ILRC) is a national nonprofit resource center that provides immigration legal trainings, technical assistance, and educational materials, and engages in advocacy and civic engagement to advance immigrant rights. |
| 18 | Jobs With Justice | Jobs With Justice is a national network that expands people's ability to come together to improve their workplaces, their communities, and their lives. We create solutions to the problems working people face by leading campaigns, changing the conversation and moving labor, community, student and faith voices to action. |
| 19 | Justice in Motion | Justice in Motion challenges a developing and under-addressed crisis in the globalizing economy: abused migrant workers being shut out of the justice system because they returned home to their families. Forcing workers to choose between enforcing their rights and going home is unjust. Justice in Motion protects migrant rights by ensuring justice across borders |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|---|---|---|
|  |  | through bringing advocates together from both sides of the border. |
| 20 | Latin American Legal Defense and Education Fund (LALDEF) | The Latin American Legal Defense and Education Fund (LALDEF) is a grassroots nonprofit organization formed to defend the civil rights of the Latin American community, facilitate its access to health care and education, and advance cross-cultural understanding in the Mercer County, NJ region. |
| 21 | LatinoJustice PRLDEF | LatinoJustice PRLDEF was founded in 1972 as the Puerto Rican Legal Defense and Education Fund and is one of the nation's leading civil rights public interest law offices that represents Latinas and Latinos throughout the Eastern seaboard and works to increase their entry into the legal profession. LatinoJustice PRLDEF has a strong interest in addressing civil rights and human rights violations within the Latino communities of the United States and uses the courts to rectify these abuses. |
| 22 | National Employment Law Project | Amicus curiae National Employment Law Project (NELP) is a nationwide advocacy organization that has worked for over forty years to defend and expand the labor rights of low wage and immigrant workers. Through training, policy advocacy, education, and strategic intervention in court cases, NELP works to uphold the labor and employment protections of all workers, regardless of their immigration status, so that labor standards are followed for and by all. NELP has participated as amicus curiae in cases around the country addressing issues that impact immigrant workers, including the U.S. Supreme Court's decision in Hoffman Plastic Compounds, Inc. v. NLRB, 535 U.S. 137 (2002), and Rivera v. NIBCO, 364 F.3d 1057 (9th Cir. 2004). This Court's decision will directly enhance NELP's, its clients, and its constituents goals of securing safe workplaces, ensuring that workers can safely and effectively report labor law violations to labor enforcement and other law enforcement agencies without retaliation or intimidation, and ensuring coverage under labor and employment laws for all workers. |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|------|---------------------|------------------------------------------|
| 23 | National Immigration Law Center | The National Immigration Law Center (NILC) is the primary national organization in the United States exclusively dedicated to defending and advancing the rights and opportunities of low-income immigrants and their families. Over the past 35 years, NILC has won landmark legal decisions protecting fundamental rights, and has advanced policies that reinforce the values of equality, opportunity, and justice. A major concern of the organization has been federal preemption and state and local authority to adopt policies that promote the wellbeing and sense of inclusion of all community members. |
| 24 | New Orleans Workers' Center for Racial Justice | The New Orleans Workers' Center for Racial Justice (Workers' Center) was founded shortly after Hurricane Katrina. Against the backdrop of a political economy that pitted communities of color against each other, a group of Black and immigrant workers came together from public housing developments, FEMA trailer parks, day labor corners, and labor camps across Louisiana to build a new freedom movement: multi-racial; committed to racial, gender, and immigrant justice; and dedicated to telling a new story about possibility in the Southern region as a whole. |
| 25 | Northwest Forest Worker Center | The Northwest Forest Worker Center empowers forest workers and harvesters of non-timber forest products in northern California, Oregon and Washington to improve their lives and livelihoods. |
| 26 | Refugee and Immigrant Center for Education and Legal Services (RAICES) | RAICES was founded to meet the needs of immigrants and refugees fleeing the civil wars and social upheavals of Central America. The organization provides counsel and representation in a full range of defenses against deportation, family-based immigration cases, visas, and other affirmative applications. |
| 27 | Safe Horizon | Safe Horizon is the nation's leading victim assistance organization. Our mission is to provide support, prevent violence, and promote justice for victims of crime and abuse, their families and communities. |
| 28 | Southeast Immigrant Rights Network (SEIRN) | SEIRN's mission is to lift up the voice and the leadership of immigrant communities of the Southeast at the regional and national levels. We promote collaboration and exchange between our members, as well as political education and collective action to build just and inclusive communities. SEIRN envisions a shared struggle between the immigrant community and other marginalized communities to build a movement |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|------|---------------------|------------------------------------------|
|      |                     | that transforms the Southeast into a place that respects the dignity and the human rights of all. |
| 29   | St. Louis Workers Education Society | St. Louis Workers Education Society 501(c)3 non-profit organization that educates and trains local residents, especially people of color, women and youth, to become community leaders. Our focus is on the intersection of workers' rights, racial justice, and disabilities empowerment. |
| 30   | We Belong Together  | We Belong Together is a campaign anchored by the National Domestic Workers Alliance to mobilize women in support of immigration policies that keep families together and empower women. Immigration reform is rarely thought of as a women's issue, but in fact it is central to the fight for women's equality. Millions of immigrant women who are part of the fabric of our communities, workplaces, and schools are blocked from achieving their full potential because of a broken immigration system. They perform essential jobs, like taking care of our children and our aging parents, and are central to family and community well-being. |
| 31   | Worker Justice Center of New York, Inc. | The Worker Justice Center of New York (WJCNY) is the merger of Farmworker Legal Service of NY (FLSNY) and the Workers' Rights Law Center (WRLC). Our merger builds on decades of achievement in providing direct legal services to low-wage workers, empowering communities, and advocating for institutional change. WJCNY pursues justice for those denied human rights with a focus on agricultural and other low-wage workers, through legal representation, community empowerment and advocacy for institutional change. |
| 32   | Workers Defense Project | WDP is a worker center and part of a national movement of organizations that seek to provide low-wage workers with the resources they need to improve their working and living conditions. The project provides a source of power and hope for low-wage workers who have little access to these important resources. WDP is one of the few organizations in Texas working to address workplace abuse faced by |

| Num. | Identity of *Amici* | Description of Organization and Interest |
|---|---|---|
|  |  | low-wage workers. The organization is one of the most established worker centers in the South and a leader in fighting for fair conditions for working people. |
| 33 | Worksafe | Worksafe advocates for protective worker health and safety laws and effective remedies for injured workers through the legislature and courts. Worksafe is also a Legal Support Center funded by the State Bar Legal Services Trust Fund Program to provide advocacy, technical and legal assistance, and training to the legal services projects throughout California that directly serve California's most vulnerable low-wage workers. Millions of low-wage and immigrant workers often toil long hours in harsh and hazardous work environments in California. These same workers often face employment and labor violations. Many of these workers are vulnerable immigrant workers who are the target of employer abuse and retaliation. In our work, we have encountered employers who will utilize local law enforcement as a tactic to engage in illegal retaliation based actions against workers that are voicing their concerns, injuries, illnesses, or exercising their rights. |