1  JAMIE S. GORELICK
   jamie.gorelick@wilmerhale.com
2  CATHERINE M.A. CARROLL
   catherine.carroll@wilmerhale.com
3  CLAIRE M. BERGERON
   claire.bergeron@wilmerhale.com
4  SHEILA E. MENZ
   sheila.menz@wilmerhale.com
5  WILMER CUTLER PICKERING
      HALE AND DORR LLP
6  1875 Pennsylvania Avenue, NW
   Washington, D.C. 20006
7  Telephone:  (202) 663-6500
   Facsimile:   (202) 663-6363
8
   *Attorneys for Amici Curiae*
9

10              **UNITED STATES DISTRICT COURT**

11      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:17-cv-00485-WHO |
| 13           Plaintiff, | Case No. 3:17-cv-00574-WHO |
| 14           v. | |
| 15  DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, DOES 1-100, | **MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE FOR TAHIRIH JUSTICE CENTER, ASIAN LAW ALLIANCE, ASIAN PACIFIC INSTITUTE ON GENDER BASED VIOLENCE, ASISTA, CASA DE ESPERANZA, DOLORES STREET COMMUNITY SERVICES, IMMIGRATION CENTER FOR WOMEN AND CHILDREN, MAITRI, AND PANGEA LEGAL SERVICES IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTIONS; [PROPOSED] ORDER** |
| 18           Defendants. | |
| 19  COUNTY OF SANTA CLARA, | |
| 20           Plaintiff, | Judge: Hon. William H. Orrick |
| 21           v. | |
| 22  DONALD J. TRUMP, President of the United States of America, JOHN F. KELLY, in his official capacity as Secretary of the United States Department of Homeland Security, JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States, JOHN MICHAEL "MICK" MULVANEY, in his official capacity as Director of the Office of Management and Budget, and DOES 1-50, | |
| 27           Defendants. | |

28

<br>

MOTION FOR LEAVE TO
FILE BRIEF AMICI CURIAE
Case No. 3:17-cv-00485-WHO
Case No. 3:17-cv-00574-WHO

## MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Tahirih Justice Center ("Tahirih") and the other above-named amici hereby request permission to file the attached amicus brief in support of the Motions for Preliminary Injunctions in related actions filed by Plaintiffs the City and County of San Francisco (No. 3:17-cv-00485) and the County of Santa Clara (No. 3:17-cv-00574). Amici have conferred with counsel for the Plaintiffs and Defendants; Plaintiffs consent to the filing of this motion, and Defendants take no position. The proposed amicus brief is attached to this motion as Exhibit 1. A list of all amici appears in Appendix 1 to the brief. A proposed order is attached to this motion as Exhibit 2.

### I.  STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF AMICI CURIAE

The District Court, in its discretion, may accept amicus curiae briefs "concerning legal issues that have potential ramifications beyond the parties directly involved, or if amici have unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1068 (N.D. Cal. 2005) (citation and internal quotation marks omitted).

### II.  STATEMENT AND IDENTITY OF INTEREST OF AMICI CURIAE

Tahirih is the largest multi-city direct services and policy advocacy organization specializing in assisting immigrant women and girls who survive gender-based violence, including human trafficking, forced labor, domestic violence, rape and sexual assault, and female genital cutting/mutilation. Tahirih serves clients at four local offices, including in San Francisco, and to date, has provided free legal assistance to more than 20,000 individuals. The additional amici, Asian Law Alliance, Asian Pacific Institute on Gender-Based Violence, ASISTA, Casa de Esperanza, Dolores Street Community Services, Immigration Center for Women & Children, Maitri, and Pangea Legal Services, include immigration service providers that serve immigrant women survivors of gender-based crimes in San Francisco and Santa Clara County, as well as national policy

Case No. 3:17-cv-00485-WHO;
3:17-cv-00574-WHO                           1              Motion for Leave to File Brief Amici Curiae for
                                                                    Tahirih Justice Center, et al.

organizations that advocate for legal and other protections for survivors of gender-based crimes in the United States. Amici have a special understanding of the direct and severe impact that the Administration's January 25, 2017 Executive Order, Enhancing Public Safety in the Interior of the United States, No. 13,768, 82 Fed. Reg. 8799 (the "Executive Order"), will have on immigrant survivors by limiting their access to protection from and treatment for the effects of gender-based violence.

### III.  AMICI'S PERSPECTIVE WILL BENEFIT THE COURT

Based on their extensive work with survivors of gender-based violence, amici have special insight into the Executive Order's severely detrimental effect on immigrant women and girls in San Francisco, Santa Clara County, and nationally. For example, in the two months since the Executive Order was issued, the number of cases referred to Tahirih has tripled nationwide compared to the year before.[1] As service providers to immigrant women and national advocates on behalf of immigrant women, Tahirih and co-amici regularly engage with local law enforcement on a variety of efforts to assist survivors of domestic abuse in seeking protection and obtaining justice. Amici therefore have firsthand knowledge of the Executive Order's impact, which is already deterring immigrant women from reporting abuse for fear that they will be deported, and is leaving crime victims, local communities, and all Americans less safe.

### IV.  CONCLUSION

Accordingly, Tahirih Justice Center, et al., request leave to file the attached brief amici curiae in both actions.

---

[1] Tyler Kingkade, *Trump Deportation Vow Is Scaring Domestic Abuse Victims From Coming Forward*, Buzzfeed News (Mar. 16, 2017), http://bzfd.it/2nNRX9L.

Dated: March 22, 2017

By: /s/ JAMIE S. GORELICK
JAMIE S. GORELICK
jamie.gorelick@wilmerhale.com
CATHERINE M.A. CARROLL
catherine.carroll@wilmerhale.com
CLAIRE M. BERGERON
laire.bergeron@wilmerhale.com
SHEILA E. MENZ
sheila.menz@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6500
Facsimile:   (202) 663-6363

**ATTORNEY ATTESTATION**

I, Jamie S. Gorelick, am the ECF User whose ID and password are being used to file this Motion for Leave to File Brief Amici Curiae for Tahirih Justice Center, Asian Law Alliance, Asian Pacific Institute on Gender Based Violence, ASISTA, Casa de Esperanza, Dolores Street Community Services, Immigration Center for Women and Children, Maitri, and Pangea Legal Services in Support of Plaintiffs' Motions for Preliminary Injunctions.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the signatories.

By:  /s/ JAMIE S. GORELICK
     JAMIE S. GORELICK

Case No. 3:17-cv-00485-WHO;
3:17-cv-00574-WHO

1

Motion for Leave to File Brief Amici Curiae for
Tahirih Justice Center, et al.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:  /s/ JAMIE S. GORELICK
     JAMIE S. GORELICK

Case No. 3:17-cv-00485-WHO; 3:17-cv-00574-WHO

Motion for Leave to File Brief Amici Curiae for Tahirih Justice Center, et al.