```
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)
nfineman@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
CAMILO ARTIGA-PURCELL (SBN 273229)
cartigapurcell@cpmlegal.com
```
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

```
BRUCE REED GOODMILLER (SBN 121491)
Bruce_goodmiller@ci.richmond.ca.us
RACHEL H. SOMMOVILLA, (SBN 231529)
rachel_sommovilla@ci.richmond.ca.us
```
**CITY OF RICHMOND**
450 Civic Center Plaza
P.O. Box 4046
Richmond, CA 94804
Telephone:  (510) 620-6509
Facsimile:  (510) 620-6518

*Attorneys for Non-Party City of Richmond*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY AND COUNTY OF SAN FRANCISCO**<br><br>Plaintiff,<br><br>vs.<br><br>**DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of the United States Department of Homeland Security,  DANA J. BOENTE, Acting Attorney General of the United States,**<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**ADMINISTRATIVE MOTION OF CITY OF RICHMOND TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12(B) and NOTICE OF RELATED CASE PURSUANT TO CIVIL LOCAL RULE 3-13**<br><br>Complaint Filed:  January 31, 2017<br>No Trial Date |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

ADMINISTRATIVE MOTION OF CITY OF RICHMOND TO CONSIDER WHETHER CASES SHOULD BE RELATED AND NOTICE OF RELATED CASES; Case No.  3:17-cv-00485WHO

## I. INTRODUCTION

Pursuant to Civil Local Rule 3-12(b), Plaintiff City of Richmond ("Richmond") in the *City of Richmond v. Trump, et al.* Case No. 3:17-cv-01535-SK filed March 21, 2017 in this Court ("the Richmond Action"), a non-party in this action, respectfully requests that the Court consider whether the actions, *City of County of San Francisco v. Trump et al.*, Case No. 3:17-cv-00485-WHO ("San Francisco Action") and the Richmond Action, may be related.  On February 10, 2017, this Court related the San Francisco Action to *County of Santa Clara v. Trump et al.*, Case No. 3:17-cv-00574-WHO ("Santa Clara Action).  A copy of the complaints are attached as Exhibit 1 (Richmond Action), Exhibit 2 (San Francisco Action), and Exhibit 3 (Santa Clara Action) to the Declaration of Nancy L. Fineman.

Richmond also gives notice pursuant to Civ. L.R. 3-13 that the Richmond Action is related to the San Francisco and Santa Clara actions.

## II. ARGUMENT

"An action is related to another action if:  (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

The Richmond, San Francisco, and Santa Clara Actions concern substantially the same parties and events.  Each Action challenges the constitutionality of Executive Order 13768 issued by defendant Donald J. Trump on January 25, 2017.  The three actions make similar constitutional arguments, *i.e.*, that the Executive Order violates the Tenth Amendment and the Separation of Powers clause.  Each action sues the President, Attorney General, Secretary of Homeland Security, and the United States of America.  Relating the Richmond Action to the San Francisco and Santa Clara Actions will prevent unduly burdensome duplication of labor and expense and/or conflicting results.

/ / /

/ / /

/ / /

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

ADMINISTRATIVE MOTION OF CITY OF RICHMOND TO CONSIDER WHETHER CASES SHOULD BE RELATED AND NOTICE OF RELATED CASES; Case No.  3:17-cv-00485WHO

1

## III. CONCLUSION

For the reasons set forth above, Richmond respectfully requests that the Court relate the Richmond Action to the San Francisco and Santa Clara Actions.

Dated: March 23, 2017       **COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ *Nancy L. Fineman*

NANCY L. FINEMAN
*Attorneys for Non-Party*
*City of Richmond*

Dated: March 23, 2017       **CITY OF RICHMOND**

By: /s/ *Bruce Reed Goodmiller*

BRUCE REED GOODMILLER
*Attorneys for Non-Party*
*City of Richmond*

## ATTESTATION OF FILING

I, Nancy L. Fineman, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *Nancy L. Fineman*

NANCY L. FINEMAN
*Attorney for Non-Party*
*City of Richmond*

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

ADMINISTRATIVE MOTION OF CITY OF RICHMOND TO CONSIDER WHETHER CASES SHOULD BE RELATED AND NOTICE OF RELATED CASES; Case No. 3:17-cv-00485WHO

2