```
 1  DARREN S. TESHIMA (SBN 238875)
    dteshima@orrick.com
 2  JAZMIN HOLMES (SBN 295312)
    jholmes@orrick.com
 3  DANIEL S. GUERRA (SBN 267559)
 4  dguerra@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 5  The Orrick Building
    405 Howard Street
 6  San Francisco, CA  94105-2669
    Telephone:    (415) 773-5700
 7  Facsimile:    (415) 773-5759
 8
    Attorneys for *Amici Curiae*
 9  Public Schools, Public School
    Districts, and Associations of Educators
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:17-cv-00485-WHO |
| Plaintiff, | **PUBLIC SCHOOLS, SCHOOL DISTRICTS AND ASSOCIATIONS OF EDUCATORS' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |
| vs. | |
| DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, DOES 1-100 et al., | |
| Defendants. | |

MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

**INTRODUCTION**

Public schools, school districts, educational associations, and individual educators (the "Educational Amici") respectfully move for leave to file an amicus curiae brief in support of the City and County of San Francisco's Motion for Preliminary Injunction.  Pursuant to the Court's March 21, 2017 Order Regarding Amicus Briefing, Educational Amici file this administrative motion for leave to file their *amicus* brief.  A copy of the proposed brief is attached as Exhibit A to this motion.  Plaintiff has consented to the filing of this motion and the accompanying *amicus* brief.  Defendant has informed Educational Amici that it takes no position on the current filing.

**IDENTITY AND INTEREST OF AMICUS CURIAE**

The Educational Amici are located throughout the State of California and are at the heart of local education communities.  They operate schools and school districts, teach and nurture our children, interact with student families, and foster the sense of community and inclusiveness essential for successful educational outcomes.

The Education Amici include nine public charter schools, Academia Avance Charter, Alta Public Schools, Aspire Public Schools, Camino Nuevo Charter Academy, GALS LA (Girls Athletic Leadership School - Los Angeles), Green Dot Public Schools, KIPP Bay Area Schools, Semillas Community Schools and Sunrise Middle School; eight school districts, Berryessa Union School District, Sacramento City Unified School District, San Diego Unified School District, San Francisco Unified School District, Santa Clara Unified School District, Sunnyvale School District, Sweetwater Union High School District and Wiseburn Unified School District; three community college districts, Palomar College, San Diego Community College District and Southwestern College; five educational associations, ACSA (Association of California School Administrators), CCSA (California Charter Schools Association), CFT (California Federation of Teachers), CLSBA (California Latino School Boards Association) and CTA (California Teachers Association); and one superintendent in his official capacity, Benjamin H. Picard, Ed.D. (Superintendent of Schools, Sunnyvale School District).

Given their position in the educational system, the Educational Amici are particularly aware of the impact of the President Donald J. Trump's Executive Order entitled "Enhancing Public

- 1 -
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Safety in the Interior of the United States" (the "Executive Order") on our students, their families, and the broader educational system. Educational Amici, who provide children with their constitutionally guaranteed right to an education, *Plyler v. Doe*, 457 U.S. 202, 219-30 (1982), are bearing witness to the on-going and irreparable harm the Executive Order is causing.

### REASONS WHY THE MOTION SHOULD BE GRANTED

District courts have "broad discretion" to appoint amicus curiae. *Hoptowit v. Ray*, 682 F. 2d 1237, 1260 (9th Cir. 1982). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. V. Upstream Point Molate,* LLC, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C.2003)). If permitted to file, the Educational Amici will fulfill "the classic role of amicus curiae by assisting in a case of general public interest[] [and] supplementing the efforts of counsel[.]" *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

The Court should exercise its discretion to permit the Educational Amici to file the attached *amicus* brief. Counsel for the Educational Amici is familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments. Educational Amici will draw upon their knowledge of the educational system and their experience in school communities to demonstrate the on-going and irreparable harm the Executive Order is causing and will continue to cause unless enjoined by the Court.

### CONCLUSION

For these reasons, the Educational Amici respectfully request that the Court grant it leave to file the *amicus* brief attached as Exhibit A.

| | |
|---|---|
| Dated: March 29, 2017 | Respectfully submitted, |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | */s/ Darren S. Teshima* |
| | DARREN S. TESHIMA |
| | Attorneys for *Amici Curiae* Public Schools, Public School Districts, and Associations of Educators |

**CERTIFICATE OF SERVICE**

I, Darren S. Teshima, hereby certify that on the 29th day of March, 2017, I caused the foregoing document to be electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to any ECF registrants for this case.

*/s/ Darren S. Teshima*
DARREN S. TESHIMA