CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:     (202) 514-3495
Facsimile:     (202) 616-8470
E-mail:        scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    Defendants. | No. 3:17-cv-00485-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, this action, in part, challenges the constitutionality of Section 9(a) of Executive Order 13,768 and seeks to enjoin its enforcement (Doc. 20);

WHEREAS, the Court entered an Order on April 7, 2017, enlarging the time for defendants to respond to plaintiff's First Amended Complaint from April 7 to April 28, 2017 (Doc. 72);

WHEREAS, the Court entered an Order on April 25, 2017, preliminarily enjoining Section 9(a) of the Executive Order (Doc. 82);

WHEREAS, defendants require additional time to assess the impact of the Court's Order of April 25 on their response to the First Amended Complaint;

WHEREAS, defendants have indicated to the Plaintiff that they are not considering seeking a stay of the Court's Order of April 25 at the present time;

WHEREAS, defendants intend to raise the issue of their deadline to respond to the First Amended Complaint during the Case Management Conference currently scheduled for May 2, 2017;

AND WHEREAS, the plaintiff is presently willing to defer defendants' time to respond to the First Amended Complaint for one week, with the possibility of agreeing to a further enlargement depending on future developments;

NOW THEREFORE, the parties hereby stipulate that defendants' response to the plaintiff's First Amended Complaint shall be filed no later than May 5, 2017, and respectfully request that the Court so order, subject to further stipulation or Court order.

Respectfully submitted,

DENNIS J. HERRERA (CA Bar #139669)
City Attorney

JESSE C. SMITH (CA Bar #122517)
Chief Assistant City Attorney

RONALD P. FLYNN (CA Bar #184186)
Chief Deputy City Attorney

YVONNE R. MERÉ (CA Bar #173594)
Chief of Complex and Affirmative Litigation

/s/ Mollie M. Lee

_____
CHRISTINE VAN AKEN (CA Bar #241755)
TARA M. STEELEY (CA Bar #231775)
MOLLIE M. LEE (CA Bar #251404)
SARA J. EISENBERG (CA Bar #269303)
MATTHEW S. LEE (CA Bar #295247)
NEHA GUPTA (CA Bar #308864)
Deputy City Attorneys

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson

_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:       (202) 514-3495
Facsimile:        (202) 616-8470
E-mail:            scott.simpson@usdoj.gov

2

City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:      (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:         brittany.feitelberg@sfgov.org

COUNSEL FOR PLAINTIFF
CITY AND COUNTY OF SAN
FRANCISCO

COUNSEL FOR DEFENDANTS
DONALD J. TRUMP, President of the
United States; UNITED STATES OF
AMERICA; JOHN F. KELLY, Secretary of
Homeland Security; JEFFERSON B.
SESSIONS, III, Attorney General of the
United States

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

_____
WILLIAM H. ORRICK
United States District Judge

Stipulation and [Proposed] Order
No. 5:17-cv-00485-WHO