CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:   (202) 514-3495
Facsimile:   (202) 616-8470
E-mail:      scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>               Plaintiff,<br>    v.<br>DONALD J. TRUMP, *et al.*,<br>               Defendants. | No. 3:17-cv-00485-WHO<br><br>**STIPULATION AND ORDER** |

      WHEREAS, this action, in part, challenges the constitutionality of Section 9(a) of Executive Order 13,768 and seeks to enjoin its enforcement (Doc. 20);

      WHEREAS, the Court entered an Order on April 7, 2017, enlarging the time for defendants to respond to plaintiff's First Amended Complaint from April 7 to April 28, 2017 (Doc. 72);

      WHEREAS, the Court entered an Order on April 25, 2017, preliminarily enjoining Section 9(a) of the Executive Order (Doc. 82);

Stipulation and Order
No. 3:17-cv-00485-WHO

1    WHEREAS, defendants require additional time to assess the impact of the Court's Order
2    of April 25 on their response to the First Amended Complaint;

3    WHEREAS, defendants have indicated to the Plaintiff that they are not considering
4    seeking a stay of the Court's Order of April 25 at the present time;

5    WHEREAS, defendants intend to raise the issue of their deadline to respond to the First
6    Amended Complaint during the Case Management Conference currently scheduled for May 2,
7    2017;

8    AND WHEREAS, the plaintiff is presently willing to defer defendants' time to respond to
9    the First Amended Complaint for one week, with the possibility of agreeing to a further
10   enlargement depending on future developments;

11   NOW THEREFORE, the parties hereby stipulate that defendants' response to the
12   plaintiff's First Amended Complaint shall be filed no later than May 5, 2017, and respectfully
13   request that the Court so order, subject to further stipulation or Court order.

14                              Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | CHAD A. READLER<br>Acting Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | BRIAN STRETCH<br>United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Mollie M. Lee | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| CHRISTINE VAN AKEN (CA Bar #241755)<br>TARA M. STEELEY (CA Bar #231775)<br>MOLLIE M. LEE (CA Bar #251404)<br>SARA J. EISENBERG (CA Bar #269303)<br>MATTHEW S. LEE (CA Bar #295247)<br>NEHA GUPTA (CA Bar #308864)<br>Deputy City Attorneys | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:   (202) 514-3495<br>Facsimile:    (202) 616-8470<br>E-mail:        scott.simpson@usdoj.gov |
| City Hall, Room 234 | |

Stipulation and Order                                      2
No. 5:17-cv-00485-WHO

1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4748
Facsimile:    (415) 554-4715
E-Mail:       brittany.feitelberg@sfgov.org

COUNSEL FOR PLAINTIFF
CITY AND COUNTY OF SAN FRANCISCO

COUNSEL FOR DEFENDANTS
DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2017

_____
WILLIAM H. ORRICK
United States District Judge

Stipulation and Order                                3
No. 5:17-cv-00485-WHO