CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>　　　　Plaintiff,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　Defendants. | No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>　　　　Plaintiff,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　Defendants. | No. 3:17-cv-00574-WHO |
| CITY OF RICHMOND,<br>　　　　Plaintiff,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　Defendants. | No. 3:17-cv-01535-WHO<br><br>**STIPULATION AND ORDER** |

| 1 | WHEREAS, defendants' response to the First Amended Complaint in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO, is currently due May 5, 2017, pursuant to the Court's Order of May 1, 2017 (Doc. 86); |

WHEREAS, defendants' response to the First Amended Complaint in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO, is currently due May 5, 2017, pursuant to the Court's Order of May 1, 2017 (Doc. 86);

WHEREAS, defendants' response to the Complaint in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO, is currently due May 8, 2017, pursuant to the Court's Order of May 1, 2017 (Doc. 101);

WHEREAS, defendants' response to the Complaint in *City of Richmond v. Trump, et al.*, No. No. 3:17-cv-01535-WHO, is currently due May 26, 2017, based on the date of service upon the United States Attorney's office;

WHEREAS, on April 25, 2017, the Court granted motions for preliminary injunction in *City & County of San Francisco v. Trump, et al.* (Doc. 82) and *County of Santa Clara v. Trump, et al.* (Doc. 98);

AND WHEREAS, defendants have not filed a motion to stay the Court's Order of April 25, 2017;

NOW THEREFORE, the parties hereby stipulate and agree as follows, and respectfully request that the Court so order:

1. Defendants' response to the First Amended Complaint in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO, shall be filed no later than June 6, 2017;

2. Defendants' response to the Complaint in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO, shall be filed no later than June 7, 2017;

3. Defendants' response to the Complaint in *City of Richmond v. Trump, et al.*, No. No. 3:17-cv-01535-WHO, shall be filed no later than June 8, 2017; and

4. If defendants file a motion to stay the Court's Order of April 25, 2017, they shall not argue that the status of the district court proceedings, including that defendants have not yet responded to the complaints, or that a motion to dismiss is pending, is a factor favoring a stay.

Respectfully submitted,

DENNIS J. HERRERA (CA Bar #139669)  CHAD A. READLER
City Attorney                        Acting Assistant Attorney General

| | |
|---|---|
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney<br><br>RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney<br><br>YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation<br><br>/s/ Mollie M. Lee<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>CHRISTINE VAN AKEN (CA Bar #241755)<br>TARA M. STEELEY (CA Bar #231775)<br>MOLLIE M. LEE (CA Bar #251404)<br>SARA J. EISENBERG (CA Bar #269303)<br>MATTHEW S. LEE (CA Bar #295247)<br>NEHA GUPTA (CA Bar #308864)<br>Deputy City Attorneys<br><br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:     (415) 554-4748<br>Facsimile:      (415) 554-4715<br>E-Mail:           brittany.feitelberg@sfgov.org<br><br>COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN FRANCISCO | BRIAN STRETCH<br>United States Attorney<br><br>JOHN R. TYLER<br>Assistant Director<br><br>/s/ W. Scott Simpson<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel<br><br>Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:     (202) 514-3495<br>Facsimile:      (202) 616-8470<br>E-mail:           scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO |

* * *

| | |
|---|---|
| OFFICE OF THE COUNTY COUNSEL,<br>COUNTY OF SANTA CLARA<br><br>/s/ James R. Williams<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>JAMES R. WILLIAMS, County Counsel<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone:     (408) 299-5900<br>Facsimile:      (408) 292-7240<br>E-mail:           james.williams@cco.sccgov.org<br><br>KEKER, VAN NEST & PETERS LLP<br><br>/s/ John W. Keker<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>JOHN W. KEKER<br><br>633 Battery Street<br>San Francisco, CA 94111-1809 | DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO<br><br>DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; and UNITED STATES |

Stipulation and Order                                            3
No. 3:17-cv-00485/00574/01535-WHO

1162834.01

| | |
|---|---|
| Telephone: (415) 391-5400 | OF AMERICA in *City of Richmond v.* |
| Facsimile: (415) (397-7188 | *Trump, et al.*, No. No. 3:17-cv-01535-WHO |
| Email: jkeker@keker.com | |

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

\* \* \*

/s/ Nancy L. Fineman
_____
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)
nfineman@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
CAMILO ARTIGA-PURCELL (SBN 273229)
cartigapurcell@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

BRUCE REED GOODMILLER (SBN 121491)
Bruce_goodmiller@ci.richmond.ca.us
RACHEL H. SOMMOVILLA (SBN 231529)
rachel_sommovilla@ci.richmond.ca.us
CITY OF RICHMOND
450 Civic Center Plaza
P.O. Box 4046
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518

COUNSEL FOR PLAINTIFF
CITY OF RICHMOND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 9, 2017

_____
WILLIAM H. ORRICK
United States District Judge

Stipulation and Order 4
No. 3:17-cv-00485/00574/01535-WHO

1162834.01