UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 17-cv-00485-WHO<br><br>**ORDER DENYING AS MOOT LAMAR CHAPMAN'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Dkt. No. 99 |

Lamar Christopher Chapman, III, has filed a motion for leave to appear as an amicus in this case and the related case, *County of Santa Clara v. Trump*, No. 17-cv-574-WHO. Mr. Chapman's motion is DENIED AS MOOT as the court has already ruled on the preliminary injunction motions previously pending in this case and the related case. Dkt. No. 82 (SC Dkt. No. 98).

**IT IS SO ORDERED.**

Dated: May 22, 2017



William H. Orrick
United States District Judge