DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 3:17-cv-00485-WHO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR FILING AMENDED COMPLAINT** |
| vs. | Date Filed: January 31, 2017<br>Trial Date: April 23, 2018 |
| DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100, | |
| Defendants. | |

WHEREAS, Plaintiff CITY AND COUNTY OF SAN FRANCISCO ("Plaintiff") filed a complaint in this action on January 31, 2017;

WHEREAS, Plaintiff filed an amended complaint in this action on February 27, 2017;

WHEREAS, the parties met and conferred on May 11, 2017, to discuss ways to narrow the issues presented in this case;

WHEREAS, Plaintiff now wishes to amend its complaint to narrow the issues presented in this action by dismissing counts two and three of its amended complaint without prejudice and making conforming changes;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of records that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file a second amended complaint dismissing counts two and three of its amended complaint without prejudice in the form of the Second Amended Complaint attached hereto as Exhibit A;

IT IS FURTHER STIPULATED that the filing of the Second Amended Complaint shall not alter the response deadline and hearing date established by the Court's order dated May 9, 2017;

AND IT IS FURTHER STIPULATED that Defendants' agreement to this stipulation shall not act as a waiver of any defense or argument, substantive or procedural, other than the filing of the Second Amended Complaint.

Respectfully submitted,

Dated:  May 22, 2017

CHAD A. READLER
Acting Assistant Attorney General

By:  /s/ W. Scott Simpson
    W. SCOTT SIMPSON (Va. Bar #27487)
    Senior Trial Counsel

Attorneys for Defendants
DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; and UNITED STATES OF AMERICA
Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, DC  20044
Telephone:  (202) 514-3495
Facsimile:  (202) 616-8470
Email:  scott.simpson@usdoj.gov

Dated:  May 22, 2017

DENNIS J. HERRERA
City Attorney

By:  /s/ Mollie M. Lee
    MOLLIE M. LEE
    Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

## **ORDER**

Based on the written stipulation of the parties and good cause appearing therefor, Plaintiff may file a second amended complaint dismissing count one and two of its amended complaint without prejudice in the form of the Second Amended Complaint attached hereto as Exhibit A. The filing of the Second Amended Complaint shall not alter the response deadline and hearing date established by the Court's order dated May 9, 2017.

**IT IS SO ORDERED.**

DATED: May 23, 2017

_____
Hon. William H. Orrick
United States District Judge