DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, CLARIFICATION OF THE COURT'S ORDER OF APRIL 25, 2017**<br><br>Date Filed: January 31, 2017<br>Trial Date: April 23, 2018 |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff City and County of San Francisco hereby respectfully requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following materials in support of its Opposition to Defendants' Motion for Reconsideration, or in the Alternative, Clarification of the Court's Order of April 25, 2017:

1. Attached hereto as **Exhibit A** is a true and correct copy of Section 523(d) of the Appendix to the "Budget of the U.S. Government Fiscal Year 2018," issued by the Office of Management and Budget within the Executive Office of the President. Section 523(d) appears at page 544 of the Appendix. As of June 5, 2017, the Appendix is posted in full on the WhiteHouse.Gov official website, at https://www.whitehouse.gov/omb/budget/Appendix.

2. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, filed before this Court as Docket No. 16 on April 18, 2017 in the case of *Richmond v. Trump et al.,* Case No. 3:17-cv-01535-WHO.

3. Attached hereto as **Exhibit C** is a true and correct copy of the Federal Emergency Management Agency's web page titled "Earthquake Grants." This web page is posted on the Agency's official website as of June 5, 2017, at https://www.fema.gov/earthquake-grants.

4. Attached hereto as **Exhibit D** is a true and correct copy of the Federal Emergency Management Agency's web page titled "Welcome to the Assistance to Firefighters Grant Program." This web page is posted on the Agency's official website as of June 5, 2017, at https://www.fema.gov/welcome-assistance-firefighters-grant-program.

5. Attached hereto as **Exhibit E** is a true and correct copy of the Federal Emergency Management Agency's web page titled "California Rim Fire (DR-4158)." This web page is posted on the Agency's official website as of June 5, 2017, at https://www.fema.gov/disaster/4158.

6. Attached hereto as **Exhibit F** is a true and correct copy of the Department of Justice Office on Violence Against Women's web page titled "Grant Programs," which states in part that its "grant programs are designed to develop the nation's capacity to reduce domestic violence, dating violence, sexual assault, and stalking by strengthening services to victims and holding offenders accountable." This web page is posted on the Department's official website as of June 5, 2017, at

https://www.justice.gov/ovw/grant-programs#tsev.

7.      Attached hereto as **Exhibit G** is a true and correct copy of the Department of Justice's Office of Justice Programs Bureau of Justice Assistance web page titled "Edward Byrne Memorial Justice Assistance Grant Program," which states in part that "[t]he JAG Program provides states, tribes, and local governments with critical funding necessary to support a range of program areas including law enforcement, prosecution, indigent defense, courts, crime prevention and education, corrections and community corrections, drug treatment and enforcement, planning, evaluation, technology improvement, and crime victim and witness initiatives." This web page is posted on the Bureau's official website as of June 5, 2017, at https://www.bja.gov/jag/.

8.      Attached hereto as **Exhibit H** is a true and correct copy of the Department of Justice's Community Oriented Policing Services web page titled "About," which states in part that "[t]he COPS Office awards grants to hire community policing professionals, develop and test innovative policing strategies, and provide training and technical assistance to community members, local government leaders, and all levels of law enforcement." This web page is posted on the Department of Justice's official website as of June 5, 2017, at https://cops.usdoj.gov/about.

9.      Attached hereto as **Exhibit I** is a true and correct copy of a Memorandum from the Attorney General to the Heads of All Federal Departments and Agencies dated February 17, 2011 and titled "Agency Implementation of Section 508 of the Rehabilitation Act." As of June 5, 2017, the Memorandum is posted on the Department of Justice's official ADA.Gov website, at https://www.ada.gov/508/index.html, and is directly available at https://www.ada.gov/508/AGSection508Memo.pdf.

Each of these exhibits is a matter of public record and is therefore subject to judicial notice. Fed. R. Evid. 201(b); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (a court may judicially notice matters of public record unless the matter is a fact subject to reasonable dispute).

**Exhibits A, C, D, E, F, G, H, and I** are judicially noticeable because government memoranda, bulletins, letters and statements are matters of public record appropriate for judicial notice. *See Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir. 2005) (judicially noticing an administrative bulletin); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (court may take judicial notice of records and reports of state administrative bodies), *overruled on other grounds by Astoria Fed. Sav. &*

*Loan Ass'n v. Solimino*, 501 U.S. 104, 111 (1991); *Interstate Nat. Gas. Co. v. S. Cal. Gas. Co.*, 209 F.2d 380, 385 (9th Cir. 1953) (judicially noticing government agency records and reports).

**Exhibits A, C, D, E, F, G, H, and I** are also judicially noticeable because they are posted to official government websites. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website); *Paralyzed Veterans of America v. McPherson*, No. C 06–4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (finding that courts commonly take judicial notice of information and documents on government websites, and citing cases from various jurisdictions).  Thus the statements of government departments and agencies contained within these exhibits are not subject to reasonable dispute, as the statements "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. § 201(b)(2).

**Exhibit B** is judicially noticeable because it is a court record from a proceeding that raises issues relevant to this litigation.  *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.")

Dated:  June 6, 2017

DENNIS J. HERRERA
City Attorney
RONALD FLYNN
JESSE C. SMITH
YVONNE R. MERÉ
CHRISTINE VAN AKEN
TARA STEELEY
MOLLIE M. LEE
SARA J. EISENBERG
MATTHEW S. LEE
NEHA GUPTA

Deputy City Attorneys

By: /s/ Sara J. Eisenberg
SARA J. EISENBERG
Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

CCSF's RJN ISO Opp. to Mot. for Reconsider.
CCSF v. President Trump, et al; Case No. 17-00485

3