CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>   Plaintiff,<br>  v.<br>DONALD J. TRUMP, *et al.*,<br>   Defendants. | No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>   Plaintiff,<br>  v.<br>DONALD J. TRUMP, *et al.*,<br>   Defendants. | No. 3:17-cv-00574-WHO |
| CITY OF RICHMOND,<br>   Plaintiff,<br>  v.<br>DONALD J. TRUMP, *et al.*,<br>   Defendants. | No. 3:17-cv-01535-WHO<br><br>**STIPULATION AND ORDER** |

| | |
|---|---|
| 1 | WHEREAS, pursuant to the Stipulation and Order of May 9, 2017 (SF Dkt. No. 96), plaintiff City and County of San Francisco filed its opposition to Defendants' Motion to Dismiss on June 20, 2017 (SF Dkt. No. 115), such that defendants' reply in that case is currently due June 27, 2017; |

WHEREAS, pursuant to the Stipulation and Order of May 9, 2017 (SF Dkt. No. 96), plaintiff City and County of San Francisco filed its opposition to Defendants' Motion to Dismiss on June 20, 2017 (SF Dkt. No. 115), such that defendants' reply in that case is currently due June 27, 2017;

WHEREAS, pursuant to the Stipulation and Order of May 9, 2017 (SC Dkt. No. 107), plaintiff County of Santa Clara filed its opposition to Defendants' Motion to Dismiss on June 21, 2017 (SC Dkt. No. 119), such that defendants' reply in that case is currently due June 28, 2017;

WHEREAS, pursuant to the Stipulation and Order of May 9, 2017 (Richmond Dkt. No. 24), plaintiff City of Richmond filed its opposition to Defendants' Motion to Dismiss on June 22, 2017 (Richmond Dkt. No. 29), such that defendants' reply in that case is due June 29, 2017;

WHEREAS, defendants anticipate significant overlap in the arguments to be made in their reply briefs in these related cases, such that filing a combined reply would serve the interests of convenience and judicial economy;

NOW THEREFORE, the parties hereby stipulate and agree as follows, and respectfully request that the Court so order:

1. Defendants' combined reply in support of their motions to dismiss in these related cases shall be filed no later than June 29, 2017; and

2. Defendants' combined reply shall not exceed 25 pages in length.

Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | CHAD A. READLER<br>Acting Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | BRIAN STRETCH<br>United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Mollie M. Lee | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| CHRISTINE VAN AKEN (CA Bar #241755)<br>TARA M. STEELEY (CA Bar #231775) | Attorneys, Department of Justice |

| | |
|---|---|
| MOLLIE M. LEE (CA Bar #251404)<br>SARA J. EISENBERG (CA Bar #269303)<br>MATTHEW S. LEE (CA Bar #295247)<br>NEHA GUPTA (CA Bar #308864)<br>Deputy City Attorneys<br><br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:  (415) 554-4748<br>Facsimile:  (415) 554-4715<br>E-Mail:  brittany.feitelberg@sfgov.org<br><br>COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN FRANCISCO | Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:  (202) 514-3495<br>Facsimile:  (202) 616-8470<br>E-mail:  scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS<br><br>DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO<br><br>DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of  Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO<br><br>DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; and UNITED STATES OF AMERICA in *City of Richmond v. Trump, et al.*, No. No. 3:17-cv-01535-WHO |

\* \* \*

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

/s James R. Williams
_____
JAMES R. WILLIAMS, County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240
E-mail:  james.williams@cco.sccgov.org

KEKER, VAN NEST & PETERS LLP

/s/ John W. Keker
_____
JOHN W. KEKER

633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) (397-7188
Email:  jkeker@keker.com

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

\* \* \*

/s/ Nancy L. Fineman
_____
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (SBN 124870)

Stipulation and Order                                3
No. 3:17-cv-00485/00574/01535-WHO

nfineman@cpmlegal.com
ALEXANDRA P. SUMMER (SBN 266485)
asummer@cpmlegal.com
CAMILO ARTIGA-PURCELL (SBN 273229)
cartigapurcell@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

BRUCE REED GOODMILLER (SBN 121491)
Bruce_goodmiller@ci.richmond.ca.us
RACHEL H. SOMMOVILLA (SBN 231529)
rachel_sommovilla@ci.richmond.ca.us
CITY OF RICHMOND
450 Civic Center Plaza
P.O. Box 4046
Richmond, CA 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518

COUNSEL FOR PLAINTIFF
CITY OF RICHMOND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 26, 2017

WILLIAM H. ORRICK
United States District Judge

Stipulation and Order
No. 3:17-cv-00485/00574/01535-WHO

4

| | |
|---|---|
| 1 | <u>ATTESTATION OF SIGNATURES</u> |
| 2 | |
| 3 | I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1($i$)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto. |

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS

Stipulation and Order           5
No. 3:17-cv-00485/00574/01535-WHO