DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4748
Facsimile:    (415) 554-4715
E-Mail:       brittany.feitelberg@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         July 12, 2017<br>Time:        2:00 p.m.<br>Judge:       Honorable William H. Orrick<br>Dept:         Courtroom 2<br><br>Date Filed:  January 31, 2017<br>Trial Date:  April 23, 2018 |

# REQUEST FOR JUDICIAL NOTICE

Plaintiff City and County of San Francisco hereby respectfully requests, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following material in support of its Opposition to Defendants' Motion to Dismiss:

1. Attached hereto as **Exhibit A** is a true and correct copy of Press Release No. 17-736 issued by the Department of Justice, Office of Public Affairs titled "Department of Justice Reviewing Letters from Ten Potential Sanctuary Jurisdictions," dated July 6, 2017. This document is available on the Department of Justice website at https://www.justice.gov/opa/pr/department-justice-reviewing-letters-ten-potential-sanctuary-jurisdictions.

**Exhibit A** is judicially noticeable because government memoranda, bulletins, reports, letters and statements are matters of public record appropriate for judicial notice. *See Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir. 2005) (judicially noticing an administrative bulletin). It is also judicially noticeable because it is posted to an official government website. *See Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website); *Paralyzed Veterans of America v. McPherson*, No. C 06–4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (finding that courts commonly take judicial notice of information and documents on government websites, and citing cases from various jurisdictions).

Dated: July 6, 2017

        DENNIS J. HERRERA
        City Attorney

By: */s/ Mollie M. Lee*
      MOLLIE M. LEE
      Deputy City Attorney

      Attorneys for Plaintiff
      CITY AND COUNTY OF SAN FRANCISCO

# EXHIBIT A



THE UNITED STATES DEPARTMENT of JUSTICE

en ESPAÑOL  

Search this site

HOME | ABOUT | AGENCIES | BUSINESS | RESOURCES | NEWS | CAREERS | CONTACT

Home » Office of Public Affairs » News

SHARE

## JUSTICE NEWS

**Department of Justice**
Office of Public Affairs

FOR IMMEDIATE RELEASE                                                Thursday, July 6, 2017

### Department of Justice Reviewing Letters from Ten Potential Sanctuary Jurisdictions

Today, the Department of Justice provided an update on the ten jurisdictions identified in a May 2016 report by the Department's Inspector General as having policies that potentially violate 8 U.S.C. 1373. Each of the ten jurisdictions were required to submit their legal analysis of how they are in compliance with 8 U.S.C. 1373 by June 30, 2017.

The Justice Department received alleged compliance information from each of the ten jurisdictions by the deadline, is in the process of reviewing them, and looks forward to making a determination as to whether those jurisdictions are in compliance with federal law. Some of these jurisdictions have boldly asserted they will not comply with requests from federal immigration authorities, and this would potentially violate 8 U.S.C. 1373.

"It is not enough to assert compliance, the jurisdictions must actually be in compliance," Attorney General Sessions said. "Sanctuary cities put the lives and well-being of their residents at risk by shielding criminal illegal aliens from federal immigration authorities. These policies give sanctuary to criminals, not to law-abiding Americans. The Trump Administration is determined to keep every American neighborhood safe and that is why we have asked these cities to comply with federal law, specifically 8 U.S.C. 1373. The Department of Justice has now received letters from ten jurisdictions across the United States claiming that they are in compliance with what federal law requires of them, and we will examine these claims carefully. Residents have a right to expect basic compliance with federal law from their local and state governments."

**Topic(s):**
Immigration

**Press Release Number:**
17-736

**Component(s):**
Office of the Attorney General

*Updated July 6, 2017*



DEPARTMENT of JUSTICE
ACTION CENTER

Report a Crime
Get a Job
Locate a Prison, Inmate, or Sex Offender
Apply for a Grant
Submit a Complaint
Report Waste, Fraud, Abuse or Misconduct to the Inspector General
Find Sales of Seized Property
Find Help and Information for Crime Victims
Register, Apply for Permits, or Request Records
Identify Our Most Wanted Fugitives
Find a Form
Report and Identify Missing Persons
Contact Us

OFFICES of THE UNITED STATES ATTORNEYS

U.S. DEPARTMENT of JUSTICE | 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

JUSTICE.GOV

**ABOUT**
The Attorney General
Budget & Performance
History
Privacy Program

**AGENCIES**
Organizational Chart
Alphabetical Listing

**BUSINESS**
Business Opportunities
Small & Disadvantaged Business Grants

**RESOURCES**
Forms
Publications
Legislative Histories
Information for Victims in Large Cases

**NEWS**
Press Releases
Blogs
Public Schedule
Videos
Photos

**CAREERS**
Legal Careers
Interns, Recent Graduates, and Fellows

**CONTACT**

Archive
Accessibility
Adobe Reader
FOIA
No FEAR Act
Information Quality
Privacy Policy
Legal Policies & Disclaimers

Social Media
For Employees
Office of the Inspector General
Government Resources
Open Government
Plain Writing
USA.gov
BusinessUSA