CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>　　　　　Plaintiff,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　　Defendants. | **STIPULATION AND ORDER REGARDING DEADLINE TO ANSWER**<br><br>No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>　　　　　Plaintiff,<br>　　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　　Defendants. | No. 3:17-cv-00574-WHO |

WHEREAS, in its Order of July 20, 2017, the Court directed the defendants to answer the complaints in these actions within twenty days, providing a deadline of August 9, 2017 (SF Dkt. No. 146; SC Dkt. No. 145);

Stipulation and Order
No. 3:17-cv-00485/00574-WHO

WHEREAS, undersigned counsel for the defendants will be on long-planned personal travel on August 7 and 8, 2017;

WHEREAS, the defendants have found that they require additional time to prepare answers to the complaints;

NOW THEREFORE, the parties hereby stipulate and agree as follows, and respectfully request that the Court so order:

Defendants' answers to the complaints in the above-captioned actions shall be filed no later than August 16, 2017.

Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | CHAD A. READLER<br>Acting Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | BRIAN STRETCH<br>United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Mollie M. Lee | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| CHRISTINE VAN AKEN (CA Bar #241755)<br>TARA M. STEELEY (CA Bar #231775)<br>MOLLIE M. LEE (CA Bar #251404)<br>SARA J. EISENBERG (CA Bar #269303)<br>MATTHEW S. LEE (CA Bar #295247)<br>NEHA GUPTA (CA Bar #308864)<br>Deputy City Attorneys | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 514-3495<br>Facsimile: (202) 616-8470<br>E-mail: scott.simpson@usdoj.gov |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715<br>E-Mail: brittany.feitelberg@sfgov.org | COUNSEL FOR DEFENDANTS |
| COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN FRANCISCO | DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv- |
| * * * | |

Stipulation and Order                        2
No. 3:17-cv-00485/00574-WHO

| | |
|---|---|
| | 00485-WHO |
| OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA | DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO |
| /s/ James R. Williams | |
| JAMES R. WILLIAMS, County Counsel<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone:   (408) 299-5900<br>Facsimile:   (408) 292-7240<br>E-mail:   james.williams@cco.sccgov.org | |

KEKER, VAN NEST & PETERS LLP

/s/ John W. Keker

JOHN W. KEKER

633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email:   jkeker@keker.com

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 4, 2017

WILLIAM H. ORRICK
United States District Judge

Stipulation and Order                    3
No. 3:17-cv-00485/00574-WHO

ATTESTATION OF SIGNATURES

  I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

                 /s/ W. Scott Simpson

                W. SCOTT SIMPSON (Va. Bar #27487)
                Senior Trial Counsel
                COUNSEL FOR DEFENDANTS