CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:     (202) 616-8470
E-mail:         scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 3:17-cv-00485-WHO<br><br>**DEFENDANTS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL L.R. 3-12(B)** |

The City and County of San Francisco asks this Court to consider whether a new case that San Francisco has filed, *City and County of San Francisco v. Sessions, et. al.*, Case No. 3:17-cv-04642-SBA, should be deemed related to this case.  The government would have no objection to the standard, random assignment of Case No. 4642 to this judge or any other district judge of this Court pursuant to the Court's Assignment Plan.  *See* General Order No. 44.

Response to Motion to Relate Cases
No. 3:17-cv-00485-WHO

1  Plaintiff asks the Court to deviate from the standard assignment plan based on Civil Local Rule 3-12(a), which provides that one civil action is related to another, and thus should be assigned to the same judge, when "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

Defendants have not objected to prior related-case motions in this action. Nevertheless, the unique aspects of this case and Case No. 4642, reflected in part in the Court's prior rulings in this action, suggest that the two cases do not satisfy Rule 3-12(a)'s "substantially the same" standard. In its Order of April 25, 2017, preliminarily enjoining Section 9(a) of Executive Order 13,768, the Court emphasized the precise confines of this litigation. Specifically, the Court did "not address or enjoin any other independent authority that may allow the government to impose grant conditions on funds, *as no such issue was before the court." Cty. of Santa Clara v. Trump*, ___ F. Supp. 3d ___, 2017 WL 3086064, at *1 n.1 (N.D. Cal. July 20, 2017) (emphasis added). In contrast to this challenge to Executive Order No. 13,768, an action by the President, Case No. 4642 concerns a program operated through the Attorney General, pursuant to statutory authority (independent of the Executive Order) to impose conditions on the acceptance of a particular federal grant that the Department of Justice administers. *See* Case No. 4642, Compl. ¶¶ 1, 6; 42 U.S.C. §§ 3712(a)(6), 3752(a)(5). In other words, Case No. 4642 centers on an issue not challenged or addressed in this action, namely, the Department's "exercising [of] legal authority, independent of the Executive Order, to impose conditions on grant programming." 2017 WL 3086064, at *1 n.1 (quoting Dkt. No. 113 at 1 n.2).

Accordingly defendants doubt whether Civil Local Rule 3-12(a) is satisfied here.

Dated: August 18, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

Response to Motion to Relate Cases
No. 3:17-cv-00485-WHO

2

1
2    JOHN R. TYLER
     Assistant Director
3
     /s/ W. Scott Simpson
4    _____
     W. SCOTT SIMPSON (Va. Bar #27487)
5    Senior Trial Counsel

6    Attorneys, Department of Justice
     Civil Division, Room 7210
7    Federal Programs Branch
     Post Office Box 883
8    Washington, D.C. 20044
     Telephone:   (202) 514-3495
9    Facsimile:   (202) 616-8470
     E-mail:      scott.simpson@usdoj.gov
10

11   COUNSEL FOR DEFENDANTS
     DONALD J. TRUMP, President of the
12   United States; UNITED STATES OF
     AMERICA; ELAINE C. DUKE, Acting
13   Secretary of Homeland Security;
     JEFFERSON B. SESSIONS, III,
14   Attorney General of the United States
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Response to Motion to Relate Cases
No. 3:17-cv-00485-WHO
                                            3