UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed in Case No. 3:17cv4642-WHO. A statement of non-opposition has been filed by defendant. As the judge assigned to lowest number case

17-cv-00485-WHO

City and County of San Francisco v. Donald J. Trump

(and additional related cases 3:17cv574-WHO, 3:17cv1535-WHO, and 3:17cv4642-WHO)

I find that the more recently filed case that I have initialed below is related to the cases assigned to me, and such case shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 17-cv-04701-MEJ | State of California, ex rel. XAVIER BECERRA, in hi v. Sessions | WHO | |

ORDER

The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: August 25, 2017                                By: _____
                                                           William H. Orrick
                                                           United States District Judge

2