DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
CHRISTINE VAN AKEN, State Bar #241755
TARA M. STEELEY, State Bar #231775
MOLLIE M. LEE, State Bar #251404
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4748
Facsimile:    (415) 554-4715
E-Mail:        brittany.feitelberg@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, ELAINE C. DUKE, Acting Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**[PROPOSED] ORDER GRANTING CITY AND COUNTY OF SAN FRANCISCO'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 4, 2017<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Orrick<br>Department: Courtroom 2, 17th Floor<br><br>Date Filed: January 31, 2017<br>Trial Date: April 23, 2018 |

On August 30, 2017, Plaintiff City and County of San Francisco ("San Francisco") filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion") and a hearing on this Motion was held on Wednesday, October 4, 2017, at 2:00 p.m.

Having considered the Motion and documents filed therewith, all of the papers on file in this action, and the evidence and arguments presented at the hearing, the Court hereby GRANTS San Francisco's Motion and enters judgment in its favor as to each of its claims for relief [*or, in the alternative, as to the following claims for relief*] on the grounds that the undisputed evidence shows that:

(1) San Francisco Administrative Code Chapters 12H and 12I comply with 8 U.S.C. § 1373.

(2) Section 9(a) of Executive Order 13,768 contains a funding restriction that states:

> [T]he Attorney General and the Secretary, in their discretion and to the extent consistent with law, shall ensure that jurisdictions that willfully refuse to comply with 8 U.S.C. 1373 (sanctuary jurisdictions) are not eligible to receive Federal grants, except as deemed necessary for law enforcement purposes by the Attorney General or the Secretary. The Secretary has the authority to designate, in his discretion and to the extent consistent with law, a jurisdiction as a sanctuary jurisdiction.

This funding restriction violates the United States Constitution's separation of powers principles, Spending Clause, and Tenth Amendment.

(3) Section 9(a) of Executive Order 13,768 contains an enforcement directive that states: "[t]he Attorney General shall take appropriate enforcement action against any entity that violates 8 U.S.C. 1373, or which has in effect a statute, policy, or practice that prevents or hinders the enforcement of Federal law." This enforcement directive violates the Tenth Amendment to the United States Constitution.

Having entered judgment on the above, the Court hereby ORDERS the following relief:

## DECLARATION

The Court finds that declaratory relief under 28 U.S.C. § 2201 is appropriate in this case. Now, therefore, it is hereby DECLARED that:

(1) San Francisco Administrative Code Chapters 12H and 12I comply with 8 U.S.C. § 1373.

(2) Section 9(a) of Executive Order 13,768 is unconstitutional and invalid.

## INJUNCTION

The Court also finds that each of the necessary elements for issuing a permanent injunction are met. In particular, the Court finds that San Francisco has succeeded on the merits of its claims and that absent an injunction San Francisco would suffer irreparable injury; the balance of equities favor San Francisco; and the requested relief is in the public interest. Now, therefore, it is hereby ORDERED that:

Defendants Donald J. Trump, President of the United States of America, Elaine C. Duke, in her official capacity as Acting Secretary of the United States Department of Homeland Security, Jefferson B. Sessions, in his official capacity as Attorney General of the United States, the United States of America, and their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, ARE HEREBY RESTRAINED AND ENJOINED from committing, or performing, directly and indirectly, the following act:

Enforcing Section 9(a) of Executive Order 13,768, entitled "Enhancing Public Safety in the Interior of the United States," against any jurisdiction in the United States.

IT IS SO ORDERED.

Dated: _____          _____
                                      WILLIAM H. ORRICK
                                      United States District Judge