CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
DONALD J. TRUMP, President of the
United States; UNITED STATES OF
AMERICA; ELAINE C. DUKE, Acting
Secretary of Homeland Security;
JEFFERSON B. SESSIONS, III,
Attorney General of the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        Defendants. | No. 3:17-cv-00485-WHO<br><br>**DEFENDANTS' NOTICE OF APPEAL** |
|---|---|

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order of April 25, 2017 (Docket No. 82), granting plaintiff's motion for preliminary injunction, and from this Court's Order of July 20, 2017 (Docket No. 146), denying defendants' motion for reconsideration of the Order of April 25, 2017.

Dated:  September 18, 2017
Defendants' Notice of Appeal
No. 3:17-cv-00485-WHO

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail:       scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

Defendants' Notice of Appeal
No. 5:17-cv-00485-WHO

2