UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DONALD J. TRUMP, President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 17-16886<br><br>D.C. No. 3:17-cv-00485-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| COUNTY OF SANTA CLARA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DONALD J. TRUMP, President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 17-16887<br><br>D.C. No. 3:17-cv-00574-WHO<br>U.S. District Court for Northern California, San Francisco |

      The judgment of this Court, entered January 04, 2018, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7