OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

9400 9224 7206 1178

**FILED**

MAR 09 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Franklin H. Wright
100 Polk Street
San Francisco, CA 94109

NIXIE   957   DE 1

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 94102348999    *0140-08725-28-46*

941102>3489  NMR

neopost
02/28/2018
US POSTAGE $000.47
FIRST-CLASS MAIL
ZIP 94102
041M12251267