DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, ELAINE DUKE, Acting Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>Defendants. | Case No. 3:17-CV-00485-WHO<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed: January 31, 2017 |

[Proposed] Order Granting Admin. Motion;
Case No. 3:17-CV-00485-WHO

n:\cxlit\li2018\171027\01301048.docx

On August 29, 2018, Plaintiff the City and County of San Francisco ("San Francisco") filed an Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rule 3-12. Having considered the papers and pleadings on file, the Court GRANTS the Unopposed Administrative Motion to Consider Whether Cases Should Be Related and ORDERS that *City and County of San Francisco v. Sessions*, Case No. 3:18-cv-05146-JCS, is related to *City and County of San Francisco v. Trump et al.*, Case No. 3:17-cv-00485-WHO, and the other cases that have been related thereto.  *City and County of San Francisco v. Sessions, et al.*, Case No. 3:18-cv-05146-JCS, shall be assigned or reassigned to me.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HONORABLE WILLIAM H. ORRICK
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA