XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
SATOSHI YANAI
Supervising Deputy Attorney General
SARAH E. BELTON
LEE I. SHERMAN (SBN 272271)
Deputy Attorneys General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6404
Fax: (213) 897-7605
E-mail: Lee.Sherman@doj.ca.gov
*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CITY AND COUNTY OF SAN FRANCISCO,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, ELAINE DUKE, Acting Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,**<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**NOTICE OF APPEARANCE OF LEE SHERMAN FOR STATE OF CALIFORNIA**<br><br>Trial Date: Not Set<br><br>Action Filed: August 29, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

I, LEE SHERMAN, Deputy Attorney General of the Department of Justice, Office of the California Attorney General, hereby enter my appearance as counsel for STATE OF CALIFORNIA, in the above-referenced action. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

LEE I. SHERMAN
Deputy Attorney General
Department of Justice
Office of the California Attorney General
300 S. Spring St., Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6404
Fax: (213) 897-7605

Please serve said counsel with all pleadings and notice in this action.

Dated: August 29, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
SATOSHI YANAI
Supervising Deputy Attorney General
SARAH E. BELTON

/s/ Lee I. Sherman

LEE SHERMAN
Deputy Attorneys General
*Attorneys for State of California*