UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN F KELLY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00485-WHO<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00574-WHO<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

I would like to hold a Case Management Conference on December 11, 2018 at 2:00 p.m. to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in this case. The parties shall file a Joint Case Management Statement on December 4, 2018 that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

Dated: November 8, 2018

William H. Orrick
United States District Judge