DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:    (415) 554-4748
Facsimile:    (415) 554-4715
E-Mail:       brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP, et al..,<br><br>    Defendants. | **STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Case No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on December 11, 2018, at 2:00pm to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in this case; and

WHEREAS, the parties to these cases are actively engaged in discussions to determine whether the matters can be resolved without the need for further court intervention;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective attorneys of records that the Case Management Conference be rescheduled for January 22, at 2:00 pm, if possible.

Respectfully submitted,

Dated:  November 30, 2018

JOSEPH H. HUNT
Assistant Attorney General

By:  */s/ W. Scott Simpson*
     W. SCOTT SIMPSON (Va. Bar #27487)
     Senior Trial Counsel

Attorneys for Defendants
JEFFERSON B. SESSIONS III, Attorney General of the United States, MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General, UNITED STATES DEPARTMENT OF JUSTICE

Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:    (202) 514-3495
Facsimile:    (217) 492-4888
Email:  scott.simpson@usdoj.gov

Dated:  November 30, 2018

DENNIS J. HERRERA
City Attorney

By:  */s/ Sara J. Eisenberg*
     SARA J. EISENBERG
     Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


Dated:  November 30, 2018

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLASA

By:  */s/ Danielle Goldstein*
     DANIELLE L. GOLDSTEIN
     (SBN 272271)
     Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

70 West Hedding Street, East Wing
San Jose, CA 95110
Telephone:  (408) 299-5900
Fax:        (408) 292-7240
E-mail: Danielle.Goldstein@cco.sccgov.org

# ORDER

The Case Management Conference currently set for December 11, 2018, is rescheduled for January 22, 2019 at 2:00pm.  The parties shall file a Joint Case Management Statement on January 15, 2019 that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED: _____, 2018

_____
Hon. William H. Orrick
United States District Judge

## ATTESTATION OF SIGNATURES

I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

_____
Sara J. Eisenberg
Deputy City Attorney
Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO