1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JESSE C. SMITH, State Bar #122517
   Chief Assistant City Attorney
3  RONALD P. FLYNN, State Bar #184186
   Chief Deputy City Attorney
4  YVONNE R. MERÉ, State Bar #173594
   Chief of Complex and Affirmative Litigation
5  TARA M. STEELEY, State Bar #231775
   SARA J. EISENBERG, State Bar #269303
6  MATTHEW S. LEE, State Bar #295247
   NEHA GUPTA, State Bar #308864
7  Deputy City Attorneys
   City Hall, Room 234
8  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4602
9  Telephone:     (415) 554-4748
   Facsimile:     (415) 554-4715
10 E-Mail:        brittany.feitelberg@sfcityatty.org

11 Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP, et al..,<br><br>    Defendants. | **STIPULATION AND ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Case No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00574-WHO |

STIP & ORDER RE CMC;
CASE NOS. 3:17-cv-00485-WHO; 3:18-cv-00574-WHO

\\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2017\2017_00485_City_and_County_of_San_Francisco_v_Donald_J_Trump\17-cv-00485-WHO-Proposed_Order_to_Continue_CMC.docx

1  WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to
2  be held in the above-captioned cases on December 11, 2018, at 2:00pm to consider how to proceed
3  with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is
4  appropriate in this case; and

5  WHEREAS, the parties to these cases are actively engaged in discussions to determine whether
6  the matters can be resolved without the need for further court intervention;

7  NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective
8  attorneys of records that the Case Management Conference be rescheduled for January 22, at 2:00 pm,
9  if possible.

10  Respectfully submitted,

11  Dated:  November 30, 2018

12  JOSEPH H. HUNT
    Assistant Attorney General

13
14  By:  /s/ W. Scott Simpson
         W. SCOTT SIMPSON (Va. Bar #27487)
         Senior Trial Counsel
15
16  Attorneys for Defendants
    JEFFERSON B. SESSIONS III, Attorney
    General of the United States, MATT M.
17  DUMMERMUTH, Principal Deputy Assistant
    Attorney General, UNITED STATES
18  DEPARTMENT OF JUSTICE

19  Department of Justice, Civil Division
    318 South Sixth Street, Room 244
20  Springfield, Illinois 62701
    Telephone:   (202) 514-3495
21  Facsimile:   (217) 492-4888
    Email:  scott.simpson@usdoj.gov
22

Dated:  November 30, 2018

DENNIS J. HERRERA
City Attorney

By:  /s/ Sara J. Eisenberg
     SARA J. EISENBERG
     Deputy City Attorney

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO


Dated:  November 30, 2018

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLASA

By:  /s/ Danielle Goldstein
     DANIELLE L. GOLDSTEIN
     (SBN 272271)
     Deputy County Counsel

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

70 West Hedding Street, East Wing
San Jose, CA 95110
Telephone:  (408) 299-5900
Fax:        (408) 292-7240
E-mail: Danielle.Goldstein@cco.sccgov.org

28

STIP & ORDER RE CMC;                                1    \\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2017\2017_00
CASE NOS. 3:17-cv-00485-WHO; 3:18-cv-00574-WHO           485_City_and_County_of_San_Francisco_v_Donald_J_Trump\17
                                                         -cv-00485-WHO-Proposed_Order_to_Continue_CMC.docx

## **ORDER**

The Case Management Conference currently set for December 11, 2018, is rescheduled for January 22, 2019 at 2:00pm. The parties shall file a Joint Case Management Statement on January 15, 2019 that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED: F geember 3, 2018



Hon. William H. Orrick
United States District Judge

---

STIP & ORDER RE CMC;
CASE NOS. 3:17-cv-00485-WHO; 3:18-cv-00574-WHO

2

\\candsf.cand.circ9.dcn\data\Users\WHOALL\_CV\2017\2017_00 485_City_and_County_of_San_Francisco_v_Donald_J_Trump\17 -cv-00485-WHO-Proposed_Order_to_Continue_CMC.docx