JAMES R. WILLIAMS, County Counsel (S.B. #271253)
GRETA S. HANSEN (S.B. #251471)
DANIELLE L. GOLDSTEIN, Deputy County Counsel (S.B. #257486)
KAVITA NARAYAN (S.B. #264191)
L. JAVIER SERRANO (S.B. #252266)
JULIA B. SPIEGEL (S.B. #292469)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Plaintiff
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | No. 17-CV-00574-WHO<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants. | No. 17-cv-00485-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on January 22, 2019, at 2:00pm to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in this case; and

WHEREAS, the parties to these cases are currently engaged in productive discussions regarding resolution of this matter without the need for further court intervention;

1    WHEREAS, the current partial federal government shutdown has caused disruption in the
Department of Justice's operations and the timing of resumption of full operation is uncertain;

   NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective attorneys of records that the Case Management Conference be rescheduled for March 26, 2019 at 2:00 pm, if possible.

   Respectfully submitted,

| | |
|---|---|
| Dated: January 8, 2019 | Dated: January 8, 2019 |
| JAMES R. WILLIAMS<br>COUNTY COUNSEL | JOSEPH H. HUNT<br>ASSISTANT ATTORNEY GENERAL |
| By: _/s/ Danielle L. Goldstein_<br>    DANIELLE L. GOLDSTEIN<br>    Deputy County Counsel | By: _/s/ W. Scott Simpson_<br>    W. SCOTT SIMPSON<br>    SENIOR TRIAL COUNSEL |
| Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA | Attorneys for Defendants<br>DONALD J. TRUMP. President of the United States; KIRSTJEN M. NIELSEN, Secretary of Homeland Security; MATTHEW G. WHITAKER, Acting Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget; |
| Dated: January 8, 2019 | |
| DENNIS J. HERRERA<br>CITY ATTORNEY | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701<br>Telephone:   (202) 514-3495<br>Facsimile:    (217) 492-4888<br>Email: scott.simpson@usdoj.gov |
| By: _/s/ Sara J. Eisenberg_<br>    SARA J. EISENBERG<br>    Deputy City Attorney | |
| Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:   (415) 554-4748<br>Facsimile:    (415) 554-4715<br>E-Mail:    brittany.feitelberg@sfcityatty.org | |

**ORDER**

The Case Management Conference currently set for January 22, 2019, is rescheduled for March 26, 2019 at 2:00pm.  The parties shall file a Joint Case Management Statement on March 19, 2019 that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED:  January 9, 2019    _____
Hon. William H. Orrick
United States District Judge

**ATTESTATION OF SIGNATURES**

I, Danielle L. Goldstein, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

By: */s/ Danielle L. Goldstein*
DANIELLE L. GOLDSTEIN
Deputy County Counsel

1921111