DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
MATTHEW S. LEE, State Bar #295247
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | **STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br><br>Case No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on March 26, 2019 at 2:00 p.m. to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in this case; and

WHEREAS, the parties to these cases believe that they are close to a resolution of this matter without the need for further court intervention;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective attorneys of records that the Case Management Conference be rescheduled for April 30, 2019 at 2:00 p.m., if possible.

Respectfully submitted,

| | |
|---|---|
| Dated: March 19, 2019 | Dated: March 19, 2019 |
| DENNIS J. HERRERA<br>City Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| */s/ Sara J. Eisenberg*<br>SARA J. EISENBERG<br>Deputy City Attorney<br>Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | */s/ W. Scott Simpson*<br>W. SCOTT SIMPSON<br>Senior Trial Counsel<br>Attorneys for Defendants<br>WILLIAM P. BARR, Attorney General of the United States, MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General, UNITED STATES DEPARTMENT OF JUSTICE |
| Dated: March 19, 2019 | |
| JAMES R. WILLIAMS<br>County Counsel | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701<br>Telephone: (202) 514-3495<br>Facsimile: (217) 492-4888 |
| */s/ Danielle L. Goldstein*<br>DANIELLE L. GOLDSTEIN<br>Deputy County Counsel<br>Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA | |
| Office of the County Counsel<br>70 West Hedding Street, East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240 | |

**ORDER**

The Case Management Conference currently set for March 26, 2019, is rescheduled for April 30, 2019 at 2:00 p.m.  The parties shall file a Joint Case Management Statement on April 23, 2019 that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED: _____, 2019

_____
Hon. William H. Orrick
United States District Judge

1

## ATTESTATION OF SIGNATURES

2   I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern

3  District of California that concurrence in the filing of this document has been obtained from each

4  signatory hereto.

5

6             *Sara J. Eisenberg*
              Sara J. Eisenberg
7             Deputy City Attorney
              Attorneys for Plaintiff
8             CITY AND COUNTY OF SAN FRANCISCO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28