1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   GRETA S. HANSEN, Chief Assistant County Counsel (S.B. #251471)
2  DANIELLE L. GOLDSTEIN, Deputy County Counsel (S.B. #257486)
   KAVITA NARAYAN (S.B. #264191)
3  L. JAVIER SERRANO (S.B. #252266)
   JULIA B. SPIEGEL (S.B. #292469)
4  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
5  San Jose, California 95110-1770
   Telephone: (408) 299-5900
6  Facsimile: (408) 292-7240

7  Attorneys for Plaintiff
   COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| COUNTY OF SANTA CLARA, | No. 17-cv-00574-WHO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

| CITY AND COUNTY OF SAN FRANCISCO, | No. 17-cv-00485-WHO |
|---|---|
| Plaintiff, | |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on March 26, 2019, at 2:00 p.m. to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in this case; and

WHEREAS, the parties to these cases believe that they are close to a resolution of this matter without the need for further court intervention;

///

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective attorneys of records that the Case Management Conference be rescheduled for April 30, 2019 at 2:00 p.m., if possible.

Respectfully submitted,

| | |
|---|---|
| Dated: March 18, 2019 | Dated: March 18, 2019 |
| JAMES R. WILLIAMS<br>County Counsel | JOSEPH H. HUNT<br>Assistant Attorney General |
| /s/ Danielle L. Goldstein<br>DANIELLE L. GOLDSTEIN<br>Deputy County Counsel | /s/ W. Scott Simpson<br>W. SCOTT SIMPSON<br>Senior Trial Counsel |
| Attorneys for Plaintiff<br>COUNTY OF SANTA CLARA | Attorneys for Defendants<br>WILLIAM P. BARR, Attorney General of the United States, MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General, UNITED STATES DEPARTMENT OF JUSTICE |
| Dated: March 18, 2019 | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701<br>Telephone: (202) 514-3495<br>Facsimile: (217) 492-4888 |
| DENNIS J. HERRERA<br>City Attorney | |
| /s/ Sara J. Eisenberg<br>SARA J. EISENBERG<br>Deputy City Attorney | |
| Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO | |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone: (415) 554-4748<br>Facsimile: (415) 554-4715 | |

**ORDER**

The Case Management Conference currently set for March 26, 2019, is rescheduled for April 30, 2019 at 2:00 p.m.  The parties shall file a Joint Case Management Statement on April 23, 2019 that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED:  March 21, 2019

_____
WILLIAM H. ORRICK
United States District Judge

**ATTESTATION OF SIGNATURES**

I, Danielle L. Goldstein, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

By:   */s/ Danielle Goldstein*
      DANIELLE L. GOLDSTEIN
      Deputy County Counsel