JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:   (202) 514-3495
Facsimile:   (217) 492-4888
E-mail:        scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>              Plaintiff,<br>       v.<br>DONALD J. TRUMP, *et al.*,<br>              Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>              Plaintiff,<br>       v.<br>DONALD J. TRUMP, *et al.*,<br>              Defendants. | No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on April 23, 2019, at 2:00 p.m., to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in these cases; and

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

1    WHEREAS, the parties in these cases are currently engaged in drafting a settlement agreement to resolve this matter without the need for further court intervention, but need additional time to agree on the language of the agreement;

WHEREAS, undersigned counsel for the defendants, Mr. Simpson, will be leaving the employment of the Department of Justice in Washington, D.C., as of April 12, 2019, to take a position as an Assistant United States Attorney in Springfield, Illinois, such that another attorney for the defendants will need to become familiar with these cases;

NOW THEREFORE, the parties hereby stipulate that the Case Management Conference currently scheduled for April 23 be rescheduled for May 21, 2019, at 2:00 p.m., if possible.

Respectfully submitted,

| | |
|---|---|
| DENNIS J. HERRERA (CA Bar #139669)<br>City Attorney | JOSEPH H. HUNT<br>Assistant Attorney General |
| JESSE C. SMITH (CA Bar #122517)<br>Chief Assistant City Attorney | DAVID L. ANDERSON<br>United States Attorney |
| RONALD P. FLYNN (CA Bar #184186)<br>Chief Deputy City Attorney | JOHN R. TYLER<br>Assistant Director |
| YVONNE R. MERÉ (CA Bar #173594)<br>Chief of Complex and Affirmative Litigation | /s/ W. Scott Simpson |
| /s/ Sara J. Eisenberg | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| SARA J. EISENBERG (CA Bar #269303)<br>TARA M. STEELEY (CA Bar #231775)<br>AILEEN M. McGRATH, (CA Bar #280846)<br>Deputy City Attorneys | Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701 |
| City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4602<br>Telephone:    (415) 554-4748<br>Facsimile:     (415) 554-4715<br>E-Mail:         brittany.feitelberg@sfgov.org | Telephone:    (202) 514-3495<br>Facsimile:     (217) 492-4888<br>E-mail:         scott.simpson@usdoj.gov<br><br>COUNSEL FOR DEFENDANTS |
| COUNSEL FOR PLAINTIFF<br>CITY AND COUNTY OF SAN FRANCISCO | DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of the United States in *City & County of San* |
| * * * | |

2

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

JAMES R. WILLIAMS
County Counsel

/s/ Danielle L. Goldstein
_____
DANIELLE L. GOLDSTEIN
Deputy County Counsel

70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:   (408) 299-5900
Facsimile:    (408) 292-7240
E-mail:    danielle.goldstein@cco.sccgov.org

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

*Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO

DONALD J. TRUMP, President of the United States; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO

# ORDER

The Case Management Conference currently set for April 23, 2019, is rescheduled for May 21, 2019, at 2:00 pm. The parties shall file a Joint Case Management Statement no later than May 14, 2019, that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED: _____, 2019

_____
Hon. William H. Orrick
United States District Judge

**ATTESTATION OF SIGNATURES**

I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS

4

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO