JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Civil Division
318 South Sixth Street, Room 244
Springfield, Illinois 62701
Telephone:  (202) 514-3495
Facsimile:  (217) 492-4888
E-mail:      scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>                    Plaintiff,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | **STIPULATION AND ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>                    Plaintiff,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently

scheduled to be held in the above-captioned cases on April 23, 2019, at 2:00 p.m., to consider

how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a

nationwide injunction is appropriate in these cases; and

Stipulation and Order
No. 3:17-cv-00485/00574-WHO

1   WHEREAS, the parties in these cases are currently engaged in drafting a settlement

2   agreement to resolve this matter without the need for further court intervention, but need

3   additional time to agree on the language of the agreement;

4   WHEREAS, undersigned counsel for the defendants, Mr. Simpson, will be leaving the

5   employment of the Department of Justice in Washington, D.C., as of April 12, 2019, to take a

6   position as an Assistant United States Attorney in Springfield, Illinois, such that another attorney

7   for the defendants will need to become familiar with these cases;

8   NOW THEREFORE, the parties hereby stipulate that the Case Management Conference

9   currently scheduled for April 23 be rescheduled for May 21, 2019, at 2:00 p.m., if possible.

10   Respectfully submitted,

11   DENNIS J. HERRERA (CA Bar #139669)          JOSEPH H. HUNT
      City Attorney                                                    Assistant Attorney General
12
      JESSE C. SMITH (CA Bar #122517)            DAVID L. ANDERSON
13    Chief Assistant City Attorney                         United States Attorney

14    RONALD P. FLYNN (CA Bar #184186)
      Chief Deputy City Attorney                            JOHN R. TYLER
15                                                                       Assistant Director

16    YVONNE R. MERÉ (CA Bar #173594)
      Chief of Complex and Affirmative Litigation   /s/ W. Scott Simpson
17
      /s/ Sara J. Eisenberg                                 _____
18                                                                       W. SCOTT SIMPSON (Va. Bar #27487)
      _____            Senior Trial Counsel
19    SARA J. EISENBERG (CA Bar #269303)
      TARA M. STEELEY (CA Bar #231775)
20    AILEEN M. McGRATH, (CA Bar #280846)    Department of Justice, Civil Division
      Deputy City Attorneys                                 318 South Sixth Street, Room 244
21                                                                       Springfield, Illinois 62701
      City Hall, Room 234                                    Telephone:     (202) 514-3495
22    1 Dr. Carlton B. Goodlett Place                  Facsimile:       (217) 492-4888
      San Francisco, California 94102-4602         E-mail:          scott.simpson@usdoj.gov
23    Telephone:     (415) 554-4748
      Facsimile:       (415) 554-4715
24    E-Mail:         brittany.feitelberg@sfgov.org   COUNSEL FOR DEFENDANTS

25    COUNSEL FOR PLAINTIFF                       DONALD J. TRUMP, President of the
      CITY AND COUNTY OF SAN                       United States; UNITED STATES OF
26    FRANCISCO                                              AMERICA; KEVIN K. McALEENAN,
                                                                         Acting Secretary of Homeland Security;
27                    * * *                                            WILLIAM P. BARR, Attorney General of
                                                                         the United States in *City & County of San*
28
                                                        2

1

2

3
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

4
JAMES R. WILLIAMS
County Counsel

5

6
/s/ Danielle L. Goldstein
_____

7
DANIELLE L. GOLDSTEIN
Deputy County Counsel

8
70 West Hedding Street
East Wing, Ninth Floor

9
San Jose, CA 95110-1770
Telephone:     (408) 299-5900

10
Facsimile:     (408) 292-7240
E-mail:     danielle.goldstein@cco.sccgov.org

11

12
COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

*Francisco v. Trump, et al*., No. 3:17-cv-
00485-WHO

DONALD J. TRUMP, President of the
United States; KEVIN K. McALEENAN,
Acting Secretary of Homeland Security;
WILLIAM P. BARR, Attorney General of
the United States; MICK MULVANEY,
Director of the Office of Management and
Budget in *County of Santa Clara v. Trump,
et al*., No. 3:17-cv-00574-WHO

13

14

15

16
**ORDER**

The Case Management Conference currently set for April 23, 2019, is rescheduled for

17
May 21, 2019, at 2:00 pm.  The parties shall file a Joint Case Management Statement no later

18
than May 14, 2019, that outlines their proposed procedure(s) and the proposed timing thereof.

19
**IT IS SO ORDERED.**

20
DATED:  April 16, 2019

21
Hon. William H. Orrick
United States District Judge

22

23

24

25

26

27

28

3

**ATTESTATION OF SIGNATURES**

I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ W. Scott Simpson

W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS

Stipulation and Order
No. 3:17-cv-00485/00574-WHO