JOESPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Branch Director
DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:     (202) 616-0773
Facsimile:      (202) 616-8470
E-mail:           dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al*.,<br><br>Defendants. | **DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE AND SUBSTITUTION**<br><br>No. 3:17-cv-00485-WHO |

PLEASE TAKE NOTICE that Daniel D. Mauler, Trial Attorney, U.S. Department of Justice, hereby enters his appearance in place of W. Scott Simpson, on behalf of Defendants Donald J. Trump, in his official capacity as President of the United States; the United States of America; Kevin K. McAleenan, in his official capacity as Acting Secretary of Homeland Security; and William P. Barr, in his official capacity as Attorney General of the United States (collectively, the "Defendants").  Mr. Mauler will handle this matter going forward.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

JOHN R. TYLER
Assistant Branch Director

/s/ Daniel D. Mauler
_____
DANIEL D. MAULER
(Va. Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone:   (202) 202-616-0773
Facsimile:    (202) 616-8470
E-mail:         dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS

2