DENNIS J. HERRERA, State Bar #139669
City Attorney
JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
AILEEN M. McGRATH, State Bar #280846
NEHA GUPTA, State Bar #308864
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4748
Facsimile:     (415) 554-4715
E-Mail:        brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, ELAINE DUKE, Acting Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>Date Filed: January 31, 2017 |

1  TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

2  NOTICE IS HEREBY GIVEN that Deputy City Attorney Matthew S. Lee is no longer counsel of record for Plaintiff CITY AND COUNTY OF SAN FRANCISCO in this case.

Please remove the following from your service list.

> MATTHEW S. LEE, State Bar #295247
> Deputy City Attorney
> 1 Dr. Carlton B. Goodlett Place
> City Hall, Room 234
> San Francisco, California 94102-4682
> Telephone:   (415) 554-4677
> Facsimile:   (415) 554-4699
> E-Mail:      matthew.s.lee@sfcityatty.org

The Office of the City Attorney and the remaining listed counsel remain counsel of record for Plaintiff CITY AND COUNTY OF SAN FRANCISCO.

Dated:  May 13, 2019

>                    DENNIS J. HERRERA
>                    City Attorney
>                    JESSE C. SMITH
>                    RONALD P. FLYNN
>                    YVONNE R. MERÉ
>                    TARA STEELEY
>                    SARA J. EISENBERG
>                    AILEEN M. McGRATH
>                    NEHA GUPTA
>
>                    Deputy City Attorneys
>
>
>                By: */s/ Sara J. Eisenberg*
>                    SARA J. EISENBERG
>                    Deputy City Attorney
>
>                    Attorneys for Plaintiff
>                    CITY AND COUNTY OF SAN FRANCISCO