1   JOSEPH H. HUNT
Assistant Attorney General
2   DAVID L. ANDERSON
United States Attorney
3   JOHN R. TYLER
Assistant Director
4   DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
5   Department of Justice, Civil Division
P.O. Box 883
6   Washington, DC 20044
7   Telephone:   (202) 616-0773
Facsimile:   (202) 616-8470
8   E-mail:   dan.mauler@usdoj.gov
9   COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

10

11             IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

| | |
|---|---|
| 14   CITY AND COUNTY OF SAN | **STIPULATION AND [PROPOSED]** |
| 15   FRANCISCO, | **ORDER REGARDING SCHEDULING OF** |
|            Plaintiff, | **CASE MANAGEMENT CONFERENCE** |
| 16        v. | |
| 17   DONALD J. TRUMP, *et al.,* | No. 3:17-cv-00485-WHO |
|            Defendants. | |
| 18 | |
| 19   COUNTY OF SANTA CLARA, | |
|            Plaintiff, | |
| 20        v. | |
| 21   DONALD J. TRUMP, *et al.,* | No. 3:17-cv-00574-WHO |
| 22            Defendants. | |

23       WHEREAS, per order of this Court, a Case Management Conference is currently

24   scheduled to be held in the above-captioned cases on May 21, 2019, at 2:00 p.m., to consider how

25   to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a

26   nationwide injunction is appropriate in these cases; and

27

28

1    WHEREAS, the parties in these cases are currently engaged in negotiating a settlement to
2 resolve this matter without the need for further court intervention, but need additional time to
3 complete that process;
4    WHEREAS, prior counsel for the defendants, Mr. Simpson, left the employment of the
5 Department of Justice's Civil Division, as of April 12, 2019;
6    WHEREAS, the prior counsel for Plaintiff County of Santa Clara working on these
7 negotiations recently left the employment of the County of Santa Clara;
8    WHEREAS, undersigned counsel seek additional time to continue negotiations and work
9 towards a resolution of this matter;
10    NOW THEREFORE, the parties hereby jointly stipulate that the Case Management
11 Conference currently scheduled for May 21 be rescheduled for July 30, 2019, at 2:00 p.m.,
12 subject to the Court's availability.
13                              Respectfully submitted,

14   DENNIS J. HERRERA (CA Bar #139669)          JOSEPH H. HUNT
     City Attorney                                Assistant Attorney General
15
     JESSE C. SMITH (CA Bar #122517)             DAVID L. ANDERSON
16   Chief Assistant City Attorney                United States Attorney
17   RONALD P. FLYNN (CA Bar #184186)            JOHN R. TYLER
     Chief Deputy City Attorney                   Assistant Director
18
19   YVONNE R. MERÉ (CA Bar #173594)
     Chief of Complex and Affirmative Litigation
20                                               /s/ Daniel D. Mauler
                                                 DANIEL D. MAULER
21    /s/ Sara J. Eisenberg                      (Va. Bar #73190)
     SARA J. EISENBERG (CA Bar #269303)          Trial Attorney
22   TARA M. STEELEY (CA Bar #231775)
     AILEEN M. McGRATH, (CA Bar #280846)
23   Deputy City Attorneys                        Department of Justice, Civil Division
                                                 P.O. Box 883
24   City Hall, Room 234                          Washington, DC 20044
     1 Dr. Carlton B. Goodlett Place              Telephone:    (202) 616-0773
25   San Francisco, California 94102-4602         Facsimile:    (202) 616-8470
     Telephone:    (415) 554-4748                 E-mail:       dan.mauler@usdoj.gov
26   Facsimile:    (415) 554-4715
     E-Mail:       brittany.feitelberg@sfgov.org
27                                               COUNSEL FOR DEFENDANTS
     COUNSEL FOR PLAINTIFF
28
                                              2
     Stipulation and [Proposed] Order
     No. 3:17-cv-00485/00574-WHO

CITY AND COUNTY OF SAN FRANCISCO

\* \* \*

OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA

JAMES R. WILLIAMS
County Counsel

  /s/ Javier Serrano
JAVIER SERRANO (CA Bar #252266)
Deputy County Counsel

70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:    (408) 299-5900
Facsimile:    (408) 292-7240
E-mail:    javier.serrano@cco.sccgov.org

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of the United States in *City & County of San Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO

DONALD J. TRUMP, President of the United States; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO

## ORDER

The Case Management Conference currently set for May 21, 2019, is rescheduled for July 30, 2019, at 2:00 pm.  The parties shall file a Joint Case Management Statement no later than July 23, 2019, that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED: _____, 2019

_____
Hon. William H. Orrick
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF SIGNATURES**

I, Daniel D. Mauler, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ Daniel D. Mauler

_____

DANIEL D. MAULER (Va. Bar #73190)

COUNSEL FOR DEFENDANTS

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

4