JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Director
DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
Department of Justice, Civil Division
P.O. Box 883
Washington, DC 20044
Telephone:     (202) 616-0773
Facsimile:     (202) 616-8470
E-mail:     dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>                    Plaintiff,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | **STIPULATION AND ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>                    Plaintiff,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on May 21, 2019, at 2:00 p.m., to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in these cases; and

1    WHEREAS, the parties in these cases are currently engaged in negotiating a settlement to

2    resolve this matter without the need for further court intervention, but need additional time to

3    complete that process;

4    WHEREAS, prior counsel for the defendants, Mr. Simpson, left the employment of the

5    Department of Justice's Civil Division, as of April 12, 2019;

6    WHEREAS, the prior counsel for Plaintiff County of Santa Clara working on these

7    negotiations recently left the employment of the County of Santa Clara;

8    WHEREAS, undersigned counsel seek additional time to continue negotiations and work

9    towards a resolution of this matter;

10    NOW THEREFORE, the parties hereby jointly stipulate that the Case Management

11    Conference currently scheduled for May 21 be rescheduled for July 30, 2019, at 2:00 p.m.,

12    subject to the Court's availability.

13                                    Respectfully submitted,

14    DENNIS J. HERRERA (CA Bar #139669)        JOSEPH H. HUNT
      City Attorney                            Assistant Attorney General
15

16    JESSE C. SMITH (CA Bar #122517)          DAVID L. ANDERSON
      Chief Assistant City Attorney            United States Attorney
17    RONALD P. FLYNN (CA Bar #184186)
      Chief Deputy City Attorney               JOHN R. TYLER
18                                             Assistant Director

19    YVONNE R. MERÉ (CA Bar #173594)
      Chief of Complex and Affirmative Litigation
20                                             /s/ Daniel D. Mauler
                                               DANIEL D. MAULER
21     /s/ Sara J. Eisenberg                   (Va. Bar #73190)
      SARA J. EISENBERG (CA Bar #269303)       Trial Attorney
22    TARA M. STEELEY (CA Bar #231775)
      AILEEN M. McGRATH, (CA Bar #280846)
23    Deputy City Attorneys                    Department of Justice, Civil Division
                                               P.O. Box 883
24    City Hall, Room 234                      Washington, DC 20044
      1 Dr. Carlton B. Goodlett Place          Telephone:      (202) 616-0773
25    San Francisco, California 94102-4602      Facsimile:      (202) 616-8470
      Telephone:      (415) 554-4748           E-mail:         dan.mauler@usdoj.gov
26    Facsimile:      (415) 554-4715
      E-Mail:    brittany.feitelberg@sfgov.org
27                                             COUNSEL FOR DEFENDANTS

28    COUNSEL FOR PLAINTIFF

                                          2

Stipulation and Order
No. 3:17-cv-00485/00574-WHO

| | | |
|---|---|---|
| 1 | CITY AND COUNTY OF SAN FRANCISCO | DONALD J. TRUMP, President of the United States; UNITED STATES OF |
| 2 | * * * | AMERICA; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; |
| 3 | | WILLIAM P. BARR, Attorney General of the United States in *City & County of San* |
| 4 | | *Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO |
| 5 | | |
| 6 | OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA | DONALD J. TRUMP, President of the United States; KEVIN K. McALEENAN, |
| 7 | JAMES R. WILLIAMS County Counsel | Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of |
| 8 | | the United States; MICK MULVANEY, Director of the Office of Management and |
| 9 | /s/ Javier Serrano | Budget in *County of Santa Clara v. Trump, et al.*, No. 3:17-cv-00574-WHO |
| 10 | JAVIER SERRANO (CA Bar #252266) Deputy County Counsel | |
| 11 | 70 West Hedding Street East Wing, Ninth Floor | |
| 12 | San Jose, CA 95110-1770 Telephone:      (408) 299-5900 | |
| 13 | Facsimile:      (408) 292-7240 E-mail:      javier.serrano@cco.sccgov.org | |
| 14 | | |
| 15 | COUNSEL FOR PLAINTIFF COUNTY OF SANTA CLARA | |

### ORDER

The Case Management Conference currently set for May 21, 2019, is rescheduled for **August 6, 2019**, at 2:00 pm.  The parties shall file a Joint Case Management Statement no later than **July 30, 2019**, that outlines their proposed procedure(s) and the proposed timing thereof.

**IT IS SO ORDERED.**

DATED:  May 17, 2019

_____
Hon. William H. Orrick
United States District Judge

1

**ATTESTATION OF SIGNATURES**

2

3

I, Daniel D. Mauler, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern

4

District of California, that concurrence in the filing of this document has been obtained from each

signatory hereto.

5

6

/s/ Daniel D. Mauler

7

DANIEL D. MAULER (Va. Bar #73190)

8

COUNSEL FOR DEFENDANTS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4