| | |
|---|---|
| KATHRYN J. FRITZ (CSB No. 148200)<br>kfritz@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-2300; Fax: (415) 281-1350 | PATRICK E. PREMO (CSB No. 184915)<br>ppremo@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Tel: (650) 988-8500; Fax: (650) 938-5200 |

MEGHAN RHEA (CSB No. 197307)
rhea@wgrpc.com
WG+R LAW GROUP, P.C.
2233 Santa Clara Avenue
Alameda, CA 94501
Tel: (510) 323-4034; Fax: (510)747-1724

ATTORNEYS FOR *AMICI CURIAE* TECHNOLOGY COMPANIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>DONALD J. TRUMP, President of the United States of America, JOHN F. KELLY, in his official capacity as Secretary of the United States Department of Homeland Security, JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States, JOHN MICHAEL "MICK" MULVANEY, in his official capacity as Director of the Office of Management and Budget, and DOES 1-50,<br><br>　　　　Defendants. | Case No. 3:17-cv-00574-WHO<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br><br><br>Date Filed:  February 3, 2017 |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States of Homeland Security, JEFFERSON B. SESSIONS, Attorney General of the United States, DOES 1-100,<br><br>　　　　Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br><br><br>Date Filed:  January 31, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE THAT Annasara G. Purcell and Mitchell Zimmerman both formerly with Fenwick & West LLP, are no longer counsel of record for Amici Curiae Technology Companies Ampush Media, Inc.; Appboy Inc.; Azavea; Checkr, Inc.; Chegg Inc.; Eventbrite; General Assembly; IDEO; Knotel; Managed by Q Inc.; Mapbox; Marin Software; Minted LLC; SugarCRM Inc.; and Work & Co, for both Case No. 3:17-cv-485-WHO and Case No. 3:17-cv-574-WHO.

The remaining listed counsel at Fenwick & West LLP remain counsel of record for Amici Curiae Technology Companies listed above.

Dated: June 4, 2019               FENWICK & WEST LLP

                                  By: */s/ Kathryn J. Fritz*
                                      Kathryn J. Fritz
                                      FENWICK & WEST LLP
                                      San Francisco, CA

                                      Patrick E. Premo
                                      FENWICK & WEST LLP
                                      Mountain View, CA

                                      MEGHAN RHEA
                                      WG+R LAW GROUP, P.C.
                                      Alameda, CA

                                  Attorneys for *Amici Curiae* Technology Companies