JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Director
DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
Department of Justice, Civil Division
P.O. Box 883
Washington, DC 20044
Telephone:      (202) 616-0773
Facsimile:      (202) 616-8470
E-mail:      dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>                    Plaintiff,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>                    Plaintiff,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently

scheduled to be held in the above-captioned cases on August 6, 2019, at 2:00 p.m., to consider

how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a

nationwide injunction is appropriate in these cases; and

WHEREAS, the parties in these cases have been engaged in negotiating a settlement to

resolve this matter without the need for further court intervention;

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

1    WHEREAS, the parties believe they have reached an agreement in principle to resolve

2  these cases without further court intervention;

3    WHEREAS, undersigned counsel seek additional time to have their respective

4  governmental clients review and formally approve this agreement;

5    WHEREAS, the parties believe that such review and approval will require no more than

6  fourteen (14) days;

7    WHEREAS, once that formal review and approval occurs, the parties anticipate filing a

8  joint Stipulation and Final Judgment with a proposed order, and that, assuming approval by the

9  Court, the pending Case Management Conference may be cancelled as moot.

10    NOW THEREFORE, the parties hereby jointly stipulate that the Case Management

11  Conference currently scheduled for August 6, 2019, be rescheduled for August 20, 2019, at 2:00

12  p.m., subject to the Court's availability.

13    Respectfully submitted,

14  DENNIS J. HERRERA (CA Bar #139669)    JOSEPH H. HUNT
15  City Attorney    Assistant Attorney General

16  JESSE C. SMITH (CA Bar #122517)    DAVID L. ANDERSON
    Chief Assistant City Attorney    United States Attorney

17  RONALD P. FLYNN (CA Bar #184186)    JOHN R. TYLER
18  Chief Deputy City Attorney    Assistant Director

19  YVONNE R. MERÉ (CA Bar #173594)
    Chief of Complex and Affirmative Litigation

20    /s/ Daniel D. Mauler
    DANIEL D. MAULER
21   /s/ Sara J. Eisenberg    (Va. Bar #73190)
    SARA J. EISENBERG (CA Bar #269303)    Trial Attorney
22  TARA M. STEELEY (CA Bar #231775)
    AILEEN M. McGRATH, (CA Bar #280846)
23  Deputy City Attorneys    Department of Justice, Civil Division
    P.O. Box 883
24  City Hall, Room 234    Washington, DC 20044
    1 Dr. Carlton B. Goodlett Place    Telephone:    (202) 616-0773
25  San Francisco, California 94102-4602    Facsimile:    (202) 616-8470
    Telephone:    (415) 554-4748    E-mail:    dan.mauler@usdoj.gov
26  Facsimile:    (415) 554-4715
    E-Mail:    brittany.feitelberg@sfgov.org
27    COUNSEL FOR DEFENDANTS
    COUNSEL FOR PLAINTIFF
28
    2

1  CITY AND COUNTY OF SAN
   FRANCISCO
2
                    * * *
3

4

5                                              DONALD J. TRUMP, President of the
                                               United States; UNITED STATES OF
6  OFFICE OF THE COUNTY COUNSEL,               AMERICA; KEVIN K. McALEENAN,
   COUNTY OF SANTA CLARA                        Acting Secretary of Homeland Security;
7                                              WILLIAM P. BARR, Attorney General of
   JAMES R. WILLIAMS                            the United States in *City & County of San
8  County Counsel                               Francisco v. Trump, et al*., No. 3:17-cv-
                                               00485-WHO
9   /s/ Javier Serrano
   JAVIER SERRANO (CA Bar #252266)             DONALD J. TRUMP, President of the
10 Deputy County Counsel                        United States; KEVIN K. McALEENAN,
                                               Acting Secretary of Homeland Security;
11 70 West Hedding Street                       WILLIAM P. BARR, Attorney General of
   East Wing, Ninth Floor                       the United States; MICK MULVANEY,
12 San Jose, CA 95110-1770                      Director of the Office of Management and
   Telephone:     (408) 299-5900                Budget in *County of Santa Clara v. Trump,
13 Facsimile:     (408) 292-7240                et al*., No. 3:17-cv-00574-WHO
   E-mail:    javier.serrano@cco.sccgov.org
14
   COUNSEL FOR PLAINTIFF
15 COUNTY OF SANTA CLARA

16

17

18                              **ORDER**

19        The Case Management Conference currently set for August 6, 2019, is rescheduled for

20 August 20, 2019, at 2:00 pm.  The parties shall file either a Joint Case Management Statement no

21 later than August 13, 2019, that outlines their proposed procedure(s) and the proposed timing

22 thereof, or a Joint Stipulation and Final Judgment with a proposed order.

23        **IT IS SO ORDERED.**

24 DATED: _____, 2019          _____

25                                          Hon. William H. Orrick
                                           United States District Judge
26

27

28
                                            3
   Stipulation and [Proposed] Order
   No. 3:17-cv-00485/00574-WHO

1

**ATTESTATION OF SIGNATURES**

2

3
     I, Daniel D. Mauler, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern

4
District of California, that concurrence in the filing of this document has been obtained from each

signatory hereto.

5

6
                               /s/ Daniel D. Mauler

7
                               DANIEL D. MAULER (Va. Bar #73190)

8
                               COUNSEL FOR DEFENDANTS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28