JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Director
DANIEL D. MAULER (Va. Bar #73190)
Trial Attorney
Department of Justice, Civil Division
P.O. Box 883
Washington, DC 20044
Telephone:     (202) 616-0773
Facsimile:     (202) 616-8470
E-mail:     dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>                    Plaintiff,<br><br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | **STIPULATION AND ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br>                    Defendants. | No. 3:17-cv-00574-WHO |

WHEREAS, per order of this Court, a Case Management Conference is currently scheduled to be held in the above-captioned cases on August 6, 2019, at 2:00 p.m., to consider how to proceed with the issue that has been remanded by the Ninth Circuit, namely, whether a nationwide injunction is appropriate in these cases; and

WHEREAS, the parties in these cases have been engaged in negotiating a settlement to resolve this matter without the need for further court intervention;

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

1    WHEREAS, the parties believe they have reached an agreement in principle to resolve

2    these cases without further court intervention;

3    WHEREAS, undersigned counsel seek additional time to have their respective

4    governmental clients review and formally approve this agreement;

5    WHEREAS, the parties believe that such review and approval will require no more than

6    fourteen (14) days;

7    WHEREAS, once that formal review and approval occurs, the parties anticipate filing a

8    joint Stipulation and Final Judgment with a proposed order, and that, assuming approval by the

9    Court, the pending Case Management Conference may be cancelled as moot.

10   NOW THEREFORE, the parties hereby jointly stipulate that the Case Management

11   Conference currently scheduled for August 6, 2019, be rescheduled for August 20, 2019, at 2:00

12   p.m., subject to the Court's availability.

13                           Respectfully submitted,

14   DENNIS J. HERRERA (CA Bar #139669)          JOSEPH H. HUNT
     City Attorney                               Assistant Attorney General
15
     JESSE C. SMITH (CA Bar #122517)             DAVID L. ANDERSON
16   Chief Assistant City Attorney               United States Attorney

17   RONALD P. FLYNN (CA Bar #184186)            JOHN R. TYLER
     Chief Deputy City Attorney                  Assistant Director
18
19   YVONNE R. MERÉ (CA Bar #173594)
     Chief of Complex and Affirmative Litigation
20                                               /s/ Daniel D. Mauler
                                                 DANIEL D. MAULER
21    /s/ Sara J. Eisenberg                      (Va. Bar #73190)
     SARA J. EISENBERG (CA Bar #269303)          Trial Attorney
22   TARA M. STEELEY (CA Bar #231775)
     AILEEN M. McGRATH, (CA Bar #280846)         Department of Justice, Civil Division
23   Deputy City Attorneys                       P.O. Box 883
                                                 Washington, DC 20044
24   City Hall, Room 234                         Telephone:     (202) 616-0773
     1 Dr. Carlton B. Goodlett Place             Facsimile:     (202) 616-8470
25   San Francisco, California 94102-4602        E-mail:        dan.mauler@usdoj.gov
     Telephone:     (415) 554-4748
26   Facsimile:     (415) 554-4715
     E-Mail:        brittany.feitelberg@sfgov.org    COUNSEL FOR DEFENDANTS
27
     COUNSEL FOR PLAINTIFF
28
                                          2
     Stipulation and [Proposed] Order
     No. 3:17-cv-00485/00574-WHO

CITY AND COUNTY OF SAN FRANCISCO

* * *

OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA

JAMES R. WILLIAMS
County Counsel

 /s/ Javier Serrano
JAVIER SERRANO (CA Bar #252266)
Deputy County Counsel

70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-mail:      javier.serrano@cco.sccgov.org

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

DONALD J. TRUMP, President of the United States; UNITED STATES OF AMERICA; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of the United States in *City & County of San Francisco v. Trump, et al*., No. 3:17-cv-00485-WHO

DONALD J. TRUMP, President of the United States; KEVIN K. McALEENAN, Acting Secretary of Homeland Security; WILLIAM P. BARR, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget in *County of Santa Clara v. Trump, et al*., No. 3:17-cv-00574-WHO

## ORDER

The Case Management Conference currently set for August 6, 2019, is rescheduled for August 20, 2019, at 2:00 pm.  The parties shall file either a Joint Case Management Statement no later than August 13, 2019, that outlines their proposed procedure(s) and the proposed timing thereof, or a Joint Stipulation and Final Judgment with a proposed order.

**IT IS SO ORDERED.**

DATED: ___August 2___, 2019

_____
Hon. William H. Orrick
United States District Judge

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

3

1

**ATTESTATION OF SIGNATURES**

2

3

      I, Daniel D. Mauler, hereby attest, pursuant to Local Civil Rule 5-1($i$)(3) of the Northern

District of California, that concurrence in the filing of this document has been obtained from each

4

signatory hereto.

5

6
                               /s/ Daniel D. Mauler

7
                               DANIEL D. MAULER (Va. Bar #73190)

8
                               COUNSEL FOR DEFENDANTS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Stipulation and Order
No. 3:17-cv-00485/00574-WHO