1    DENNIS J. HERRERA (CA Bar #139669)
     City Attorney
2    JESSE C. SMITH (CA Bar #122517)
     Chief Assistant City Attorney
3    RONALD P. FLYNN (CA Bar #184186)
     Chief Deputy City Attorney
4    YVONNE R. MERÉ (CA Bar #173594)
     Chief of Complex and Affirmative Litigation
5    SARA J. EISENBERG (CA Bar #269303)
     TARA M. STEELEY (CA Bar #231775)
6    AILEEN M. McGRATH, (CA Bar #280846)
     Deputy City Attorneys
7
8    City Hall, Room 234
     1 Dr. Carlton B. Goodlett Place
9    San Francisco, California 94102-4602
     Telephone:      (415) 554-4748
10   Facsimile:      (415) 554-4715
     E-Mail:         sara.eisenberg@sfcityatty.org
11
     COUNSEL FOR PLAINTIFF
12

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16   CITY AND COUNTY OF SAN               **STIPULATION AND [PROPOSED]**
     FRANCISCO,                           **FINAL JUDGMENT AND ORDER**
17                        Plaintiff,
18        v.
                                          No. 3:17-cv-00485-WHO
19   DONALD J. TRUMP, *et al.*,
                          Defendants.
20

21   COUNTY OF SANTA CLARA,
                          Plaintiff,
22        v.
23   DONALD J. TRUMP, *et al.*,           No. 3:17-cv-00574-WHO
                          Defendants.
24

25        WHEREAS, the underlying actions commenced as cases styled *City and County of San*

26   *Francisco v. Trump* (No. 3:17-cv-00485-WHO) and *County of Santa Clara v. Trump* (No. 3:17-

27   cv-00574-WHO), hereinafter collectively referred to as the "Litigation," asserting claims

28

1   challenging the constitutionality of Section 9 of Executive Order Number 13768, entitled

2   "Enhancing Public Safety in the Interior of the United States" ("Section 9");

3      WHEREAS, on November 20, 2017, the United States District Court for the Northern

4   District of California granted summary judgment in favor of Plaintiffs on these claims and

5   entered a permanent, nationwide injunction barring enforcement of Section 9;

6      WHEREAS, on August 1, 2018, in the Litigation upon appeal, the United States Court of

7   Appeals for the Ninth Circuit affirmed the District Court's grant of summary judgement and

8   injunction as to the Executive Order's effect in California but vacated the nationwide injunction

9   for further consideration by the District Court (*see City and County of San Francisco v. Trump*,

10  897 F.3d 1225 (9th Cir. 2018)); and

11     WHEREAS, the constitutionality of Section 9 is not currently being actively litigated

12  elsewhere in the nation and the Parties wish to avoid the need to expend further resources on

13  resolving these issues,

14     WHEREAS, assuming approval by the Court of the joint Stipulation and Final Judgment,

15  the pending Case Management Conference scheduled for August 20, 2019 may be cancelled as

16  moot,

17     NOW THEREFORE, the parties hereby jointly stipulate to the following:

18  1. Final Judgment is hereby entered in favor of the Plaintiffs on the merits for the reasons set

19     forth in *City and County of San Francisco v. Trump*, 897 F.3d 1225 (9th Cir. 2018);

20  2. All Parties agree that the deadline for further review of the Ninth Circuit's August 1, 2018

21     decision has passed.  Out of an abundance caution, however, the Parties agree that

22     Defendants shall not seek to pursue any further review from (1) the Ninth Circuit's

23     decision of August 1, 2018, or (2) the final judgments entered in these cases.

24  3. The enforcement of Section 9 within the State of California is hereby enjoined;

25  4. Plaintiffs withdraw, without prejudice, their request for injunctive relief that would reach

26     outside the State of California;

27

28

2

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.  For the sake of clarity, nothing in this dismissal precludes Plaintiffs from seeking to renew

their request for injunctive relief outside of the State of California by reopening this

matter.  In the event that Plaintiffs seek to re-open the above referenced cases, Defendants

agree that any statute of limitations, statute of repose, or other time-related defense based

on federal, state or any other law (including, but not limited to, defenses based on the

doctrines of waiver, laches, acquiescence, or estoppel) that may be applicable to any of

the claims asserted by Plaintiffs will be deemed tolled.  However, nothing in this

dismissal precludes the United States from defending the merits of such a request; and

6.  Each party in these actions will bear its own costs and attorney's fees.

3

1          Respectfully submitted,

2  DENNIS J. HERRERA (CA Bar #139669)        JOSEPH H. HUNT
   City Attorney                              Assistant Attorney General
3  JESSE C. SMITH (CA Bar #122517)           DAVID L. ANDERSON
   Chief Assistant City Attorney              United States Attorney
4  RONALD P. FLYNN (CA Bar #184186)          JOHN R. TYLER
   Chief Deputy City Attorney                 Assistant Director
5  YVONNE R. MERÉ (CA Bar #173594)
   Chief of Complex and Affirmative Litigation
6

7   /s/ Sara J. Eisenberg                     /s/ Daniel D. Mauler
8  SARA J. EISENBERG (CA Bar #269303)        DANIEL D. MAULER
   TARA M. STEELEY (CA Bar #231775)          (Va. Bar #73190)
9  AILEEN M. McGRATH, (CA Bar #280846)       Trial Attorney
   Deputy City Attorneys
10
   City Hall, Room 234                        Department of Justice, Civil Division
11 1 Dr. Carlton B. Goodlett Place            P.O. Box 883
   San Francisco, California 94102-4602       Washington, DC 20044
12 Telephone:     (415) 554-4748              Telephone:     (202) 616-0773
   Facsimile:     (415) 554-4715              Facsimile:     (202) 616-8470
13 E-Mail:        brittany.feitelberg@sfgov.org   E-mail:        dan.mauler@usdoj.gov

14 COUNSEL FOR PLAINTIFF                      COUNSEL FOR DEFENDANTS
   CITY AND COUNTY OF SAN
15 FRANCISCO
                                              DONALD J. TRUMP, President of the
16          * * *                             United States; UNITED STATES OF
                                              AMERICA; KEVIN K. McALEENAN,
17 OFFICE OF THE COUNTY COUNSEL,              Acting Secretary of Homeland Security;
   COUNTY OF SANTA CLARA                      WILLIAM P. BARR, Attorney General of
18                                            the United States in *City & County of San*
   JAMES R. WILLIAMS                          *Francisco v. Trump, et al*., No. 3:17-cv-
19 County Counsel                             00485-WHO

20  /s/ Javier Serrano                        DONALD J. TRUMP, President of the
   JAVIER SERRANO (CA Bar #252266)           United States; KEVIN K. McALEENAN,
21 Deputy County Counsel                      Acting Secretary of Homeland Security;
                                              WILLIAM P. BARR, Attorney General of
22 70 West Hedding Street                     the United States; MICK MULVANEY,
   East Wing, Ninth Floor                     Director of the Office of Management and
23 San Jose, CA 95110-1770                    Budget in *County of Santa Clara v. Trump,*
   Telephone:     (408) 299-5900              *et al*., No. 3:17-cv-00574-WHO
24 Facsimile:     (408) 292-7240
   E-mail:        javier.serrano@cco.sccgov.org
25
   COUNSEL FOR PLAINTIFF
26 COUNTY OF SANTA CLARA

27

28
   Stipulation and [Proposed] Order
   No. 3:17-cv-00485/00574-WHO

4

1

2 **ORDER**

3        It appearing to the Court that the parties jointly request the following relief, it is hereby

4 ORDERED as follows:

5    1. Final Judgment is hereby entered in favor of the Plaintiffs on the merits for the reasons set

6        forth in *City and County of San Francisco v. Trump*, 897 F.3d 1225 (9th Cir. 2018);

7    2. All Parties agree that the deadline for further review of the Ninth Circuit's August 1, 2018

8        decision has passed.  Out of an abundance caution, however, the Parties agree that

9        Defendants shall not seek to pursue any further review from (1) the Ninth Circuit's

10       decision of August 1, 2018, or (2) the final judgments entered in these cases.

11   3. The enforcement of Section 9 within the State of California is hereby ENJOINED;

12   4. Plaintiffs' request for injunctive relief that would reach outside the State of California is

13       DISMISSED WITHOUT PREJUDICE;

14   5. For the sake of clarity, this dismissal does not Plaintiffs' rights to seek to renew their

15       request for injunctive relief outside of the State of California by reopening this matter.

16       In the event that Plaintiffs seek to re-open the above referenced cases, Defendants agree

17       that any statute of limitations, statute of repose, or other time-related defense based on

18       federal, state or any other law (including, but not limited to, defenses based on the

19       doctrines of waiver, laches, acquiescence, or estoppel) that may be applicable to any of

20       the claims asserted by Plaintiffs will be deemed tolled.  However, nothing in this

21       dismissal precludes the United States from defending the merits of such a request; and

22   6. Each party in these actions shall bear its own costs and attorney's fees.

23       **IT IS SO ORDERED.**

24

25 DATED: _____, 2019

                                              _____
26                                            Hon. William H. Orrick
                                              United States District Judge
27

28
                                              5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF SIGNATURES**

I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ Sara J. Eisenberg

_____
SARA J. EISENBERG (CA Bar #269303)

COUNSEL FOR PLAINTIFFS

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

6