DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone: (415) 355-3308
Facsimile: (415) 437-4644
E-Mail: karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: tony.lopresti@cco.sccgov.org

Attorneys for COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**DECLARATION OF KARUN A. TILAK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Karun A. Tilak, declare and state the following:

1. I am an attorney and a member of the Bar of this Court. I am a Deputy City Attorney with the San Francisco City Attorney's Office, and an attorney of record for the Party City and County

1  of San Francisco in the action *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), filed in this District on February 7, 2025. I make this declaration of my own personal knowledge. If called on to do so, I could and would testify to the matters stated here.

2. Party City and County of San Francisco and Non-Party County of Santa Clara filed their complaint in *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), concurrent with their Administrative Motion to Consider Whether Cases Should Be Related in the above-captioned case. Given this timing, I have not obtained a stipulation from counsel in the already-related cases before this Court challenging the federal government's decision to condition federal funds on federal immigration enforcement priorities: Case Nos. 3:17-cv-00485-WHO (N.D. Cal.), 3:17-cv-00574-WHO (N.D. Cal.), 3:17-cv-01535-WHO (N.D. Cal.), 3:17-cv-04642-WHO (N.D. Cal.), 3:17-cv-04701-WHO (N.D. Cal.), 3:18-cv-05146-WHO (N.D. Cal.), 3:18-cv-05169-WHO (N.D. Cal.), and No. 3:19-cv-06189-WHO (N.D. Cal.).

3. Attached as Exhibit 1 is a true and correct copy of the complaint filed by the plaintiffs in *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.).

4. Attached as Exhibit 2 is a true and correct copy of the complaint filed by the plaintiffs in *City and County of San Francisco v. Trump*, No. 3:17-cv-00485-WHO (N.D. Cal.).

5. Attached as Exhibit 3 is a true and correct copy of the complaint filed by the plaintiffs in *County of Santa Clara v. Trump*, No. 3:17-cv-00574-WHO (N.D. Cal.).

6. Attached as Exhibit 4 is a true and correct copy of the complaint filed by the plaintiffs in *City of Richmond Police Department v. Trump*, No. 3:17-cv-01535-WHO (N.D. Cal.).

7. Attached as Exhibit 5 is a true and correct copy of the complaint filed by the plaintiffs in *City and County of San Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.).

8. Attached as Exhibit 6 is a true and correct copy of the complaint filed by the plaintiffs in *State of California v. Sessions*, No. 3:17-cv-04701-WHO (N.D. Cal.).

9. Attached as Exhibit 7 is a true and correct copy of the complaint filed by the plaintiffs in *City and County of San Francisco v. Sessions*, No. 3:18-cv-05146-WHO (N.D. Cal.).

10. Attached as Exhibit 8 is a true and correct copy of the complaint filed by the plaintiffs in *State of California v. Sessions*, No. 3:18-cv-05169-WHO (N.D. Cal.).

11. Attached as Exhibit 9 is a true and correct copy of the complaint filed by the plaintiffs in *State of California v. Barr*, No. 3:19-cv-06189-WHO (N.D. Cal.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Sn Francisco, California, on February 7, 2025.

/s/ *Karun A. Tilak*
Karun A. Tilak