DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
NANCY E. HARRIS, SBN 197042
KARUN A. TILAK, SBN 323939
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Telephone:     (415) 355-3308
Facsimile:      (415) 437-4644
E-Mail:           karun.tilak@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TONY LOPRESTI, SBN 289269
County Counsel
KAVITA NARAYAN, SBN 264191
Chief Assistant County Counsel
MEREDITH A. JOHNSON, SBN 291018
Lead Deputy County Counsel
STEFANIE L. WILSON, SBN 314899
RAJIV NARAYAN, SBN 334511
Deputy County Counsels
70 W. Hedding Street, East Wing, 9th Floor
San José, CA 95110
Telephone:     (408) 299-5900
Facsimile:      (408) 292-7240
E-Mail:           tony.lopresti@cco.sccgov.org

Attorneys for COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD J. TRUMP, President of the United States, UNITED STATES OF AMERICA, JOHN F. KELLY, Secretary of United States Department of Homeland Security, JEFFERSON B. SESSIONS III, Attorney General of the United States, DOES 1-100,<br><br>    Defendants. | Case No. 3:17-cv-00485-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The following cases have already been related to the above-captioned action:

- *County of Santa Clara v. Trump*, No. 3:17-cv-00574-WHO (N.D. Cal.);

- *City of Richmond Police Department v. Trump*, No. 3:17-cv-01535-WHO (N.D. Cal.);

- *City and County of San Francisco v. Sessions*, No. 3:17-cv-04642-WHO (N.D. Cal.);
- *State of California v. Sessions*, No. 3:17-cv-04701-WHO (N.D. Cal.);
- *City and County of San Francisco v. Sessions*, No. 3:18-cv-05146-WHO (N.D. Cal.);
- *State of California v. Sessions*, No. 3:18-cv-05169-WHO (N.D. Cal.); and
- *State of California v. Barr*, No. 3:19-cv-06189-WHO (N.D. Cal.).

On February 7, 2025, Plaintiffs City and County of San Francisco and County of Santa Clara moved to relate their case, *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), to the above cases.

The undersigned judge finds that *City and County of San Francisco v. Trump*, No. 25-cv-1350 (N.D. Cal.), is related to the above cases and shall be reassigned to the undersigned judge. The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge. Any deadlines set by the ADR Local Rules remain in effect, and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE